**EXHIBIT F**

**UNITED STATES PATENT NO. 10,142,791**
**CLAIM CHART FOR INFRINGEMENT OF CLAIM 1**

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy; and | To the extent the preamble is limiting, Defendant uses, sells and offers for sale used Kia vehicles that include or comprise a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides 2025 Kia K5 GT-Line[1] ("mobile device"). 2025 Kia K5 GT-Line comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2025 Kia K5 GT-Line provides Kia DriveWise that comprises features including but not limited to Auto Emergency Braking Technology, Blind-Spot Collision Avoidance Assist, Smart Cruise Control with Stop &Go, Auto Emergency Braking & Collision Avoidance Assist, Lane Keeping Assist.<br><br>The below information primarily refers to Kia DriveWise and is applicable to 2025 Kia K5 GT-Line.<br>For example, 2025 Kia K5 GT-Line performs the following steps to control movement of the vehicle. |

---

[1]While 2025 Kia K5 GT-Line has been used as an exemplary infringing product, vehicles including but not limited 2025 Kia Carnival EX, 2025 Kia K4 EX, 2025 Kia K5 EX, 2025 Kia K5 GT, 2025 Kia Niro EV Wind, 2025 Kia Sorento EX, 2025 Kia Sportage LX, 2025 Kia Sportage EX, 2025 Kia SX-Prestige, 2024 Kia Soul GT-Line, 2024 Kia Soul EX, 2024 Kia Forte LXS, 2024 Kia K5 GT, 2024 Kia Sportage X-Line, 2024 Kia Sportage SX, 2024 Kia Sportage SX-Prestige, 2024 Kia Sportage X-Pro Prestige, 2024 Kia Telluride S, 2024 Kia Telluride EX, as well as variants (be it form factor or engine options) and versions of these products have same functionality. Named features for Kia vehicles operate the same for all vehicle models that have the same features and thus the evidence below may be from different models but are equally applicable to the exemplary product and all accused products.  The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | 1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering. <br> 2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding 2025 Kia K5 GT-Line.) <br> 3. If 2025 Kia K5 GT-Line detects, using the camera and radar, that there are objects/vehicles near the 2025 Kia K5 GT-Line, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions. <br> 4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane. <br><br> Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second. <br><br>  <br> **Used 2025 Kia K5 GT-Line Front-wheel Drive Sedan near Midland, TX** <br><br>  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|



Source: https://www.nissanofmidland.com/auto/used-2025-kia-k5-gtline-frontwheel-drive-sedan-near-midland-tx/111850814/, last accessed on February 05, 2026

Source: https://www.kiamedia.com/us/en/models/k5/2025/features, last accessed on February 05, 2026

Nissan of Midland (WDTX) also sells 2024 Kia Forte GT Sedan, 2024 Kia Sorento X-Line EX SUV, 2023 Kia Seltos EX SUV, 2023 Kia Sportage X-Line SUV, 2023 Kia Telluride S SUV, 2023 Kia Sorento SX SUV, 2022 Kia Soul LX Hatchback, 2022 Kia Forte GT-Line Sedan, 2022 Kia Telluride S SUV, 2021 Kia Seltos EX SUV, 2020 Kia Sportage LX SUV, 2020 Kia Sorento LX SUV, and versions of these products have same functionality. These models feature Kia

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | DriveWise that comprises features including but not limited Auto Emergency Braking Technology, Blind-Spot Collision Avoidance Assist, Smart Cruise Control with stop & Go, Auto Emergency Braking & Collision Avoidance, Lane Keeping Assist: - |

**Used 2025 Kia Carnival EX near Midland, TX**



SAFETY

| | |
|---|---|
| Rearview Monitor | In Dash |
| Cross Traffic Alert | Rear |
| Driver Attention Alert System | |
| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection |
| Lane Keeping Assist | |
| Check Rear Seat Reminder | |
| Camera System | In-Vehicle Passenger, Rearview |
| Automatic Emergency Braking | Rear, Front Pedestrian, Front |

Source: https://www.nissanofmidland.com/auto/used-2025-kia-carnival-ex-near-midland-tx/115886513/, last accessed on February 05, 2026

2025 Kia Carnival **Features & Options**

Dynamic Driving Systems

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|



| | | LX | LXS | EX |
|---|---|---|---|---|
| Blind Spot Collision Avoidance (BCA) | | S | S | S |
| Forward Collision Avoidance (FCA) - Car / Pedestrian / Cyclist (Fusion-type with Sensor) | | S | S | S |
| Navigation-based Smart Cruise Control with Stop & Go (N-SCC with S&G) | | S | S | S |

S = Standard   -- = Not Available   O = Optional   A = Available

Source: https://www.kiamedia.com/us/en/models/carnival/2025/features, last accessed on February 05, 2026

**Used 2025 Kia K4 EX near Midland, TX**

SAFETY

| Rearview Monitor | In Dash |
|---|---|
| Cross Traffic Alert | Rear |
| Driver Attention Alert System | |
| Pre-Collision Warning System | Vibrating Steering Wheel, Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn |
| Lane Keeping Assist | |
| Check Rear Seat Reminder | |
| Vehicle Exit Safety System | |
| Automatic Emergency Braking | Front Pedestrian, Front, Intersection/Junction Turn |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.nissanofmidland.com/auto/used-2025-kia-k4-ex-near-midland-tx/115462247/, last accessed on February 05, 2026<br><br>**5 Standout Features That Make the 2025 Kia K4 a Compelling Midsize Sedan Option**<br><br>**2. Advanced Driver Assistance Systems (ADAS)**<br><br>Safety remains a top priority for any vehicle, and the K4 excels with its advanced driver assistance systems. These include features such as:<br><br>- Forward Collision-Avoidance Assist<br>- Blind-Spot Collision-Avoidance Assist<br>- Lane-Following Assist<br>- Highway Driving Assist<br><br>With 11 standard ADAS features, the K4 enhances safety and convenience, whether navigating urban traffic or cruising on highways.<br><br>Source: https://www.powerkia.com/blog/2025-kia-k4-features, last accessed on February 05, 2026<br><br>**Used 2025 Kia K5 EX Front-wheel Drive Sedan near Midland, TX**<br><br> |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

SAFETY

| Rearview Monitor | In Dash |
| Blind Spot Safety | Camera Display, Sensor/Alert |
| Cross Traffic Alert | Rear |

Driver Attention Alert System

| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection |

Lane Keeping Assist

| Camera System | Surround View |

Traffic Sign Recognition

Check Rear Seat Reminder

| Automatic Emergency Braking | Rear, Front Pedestrian, Rear Pedestrian, Front, Intersection/Junction Turn |

Source: https://www.nissanofmidland.com/auto/used-2025-kia-k5-ex-frontwheel-drive-sedan-near-midland-tx/113762987/, last accessed on February 05, 2026

## 2025 Kia K5 Features & Options

S = Standard    -- = Not Available    O = Optional    A = Available

| All | GT-Line | EX | GT |
|---|---|---|---|
| **Drive Wise** | | | |
| Blind Spot Collision Avoidance Assist - Rear (BCA) | S | S | S |
| Forward Collision Avoidance Assist (FCA) with Cyclist Detection (includes Car / Pedestrian) / Junction Turning Detection (Car) (Camera and Radar based) | S | S | S |
| Smart Cruise Control with Stop and Go (SCC w/ S&G) | S | S | S |

Source: https://www.kiamedia.com/us/en/models/k5/2025/features, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **Drive Wise** | | | |
| | Blind Spot Collision Avoidance Assist - Rear (BCA) | S | S | S |
| | Forward Collision Avoidance Assist (FCA) with Cyclist Detection (includes Car / Pedestrian) / Junction Turning Detection (Car) (Camera and Radar based) | S | S | S |
| | Smart Cruise Control with Stop and Go (SCC w/ S&G) | S | S | S |

Source: https://www.kiamedia.com/us/en/models/k5/2025/features, last accessed on February 05, 2026

**Used 2025 Kia Niro EV Wind (A1) Front-Wheel Drive Sport Utility near Midland, TX**

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | SAFETY<br><br>Pedestrian Safety Sound Generation<br><br>Rearview Monitor — In Dash<br><br>Cross Traffic Alert — Rear<br><br>Driver Attention Alert System<br><br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn<br><br>Lane Keeping Assist<br><br>Check Rear Seat Reminder<br><br>Vehicle Exit Safety System<br><br>Automatic Emergency Braking — Front Pedestrian, Front, Intersection/Junction Turn<br><br>Source: https://www.nissanofmidland.com/auto/used-2025-kia-niro-ev-wind-a1-frontwheel-drive-sport-utility-near-midland-tx/114438260/, last accessed on February 05, 2026<br><br>2025 Niro EV |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.kia.com/us/en/niro-ev, last accessed on February 05, 2026<br><br>**Used 2025 Kia Sorento EX (DCT) Front-Wheel Drive near Midland, TX** |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|



Forward Collision Avoidance Assist (FCA) Fusion Type, Car, Pedestrian and Cyclist, Junction Assist — S

Navigation-Based Smart Cruise Control, Ramp with Stop and Go, and Curve Control (NSCC-R) — S

Source: https://www.kiamedia.com/us/en/models/sorento/2025/features, last accessed on February 05, 2026

**Used 2025 Kia Sportage LX Front-wheel Drive near Midland, TX**

SAFETY

| Rearview Monitor | In Dash |
| Driver Attention Alert System | |
| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection |
| Lane Keeping Assist | |
| Automatic Emergency Braking | Front Pedestrian, Front |

Source: https://www.nissanofmidland.com/auto/used-2025-kia-sportage-lx-frontwheel-drive-near-midland-tx/112401335/, last accessed on February 05, 2026

2025 Kia Sportage **Features & Options**

S = Standard   -- = Not Available   O = Optional   A = Available

| All | | LX | EX | SX Prestige |

| US10142791 | Kia Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|



| Dynamic Driving Systems | | | |
|---|---|---|---|
| Blind-Spot Collision Avoidance Assist (BCA) | -- | S | S |
| Rear Cross-Traffic Collision Avoidance-Assist (RCCA) | -- | S | S |
| Smart Cruise Control with Stop & Go (SCC with S&G) | -- | -- | S |
| Forward Collision Avoidance Assist (FCA) car / pedestrian / cyclist detection | S | S | -- |
| Forward Collision Avoidance Assist (FCA) car / pedestrian / cyclist detection and junction turning | -- | -- | S |

Source: https://www.kiamedia.com/us/en/models/sportage/2025/features, last accessed on February 05, 2026

**Used 2025 Kia Sportage EX Front-wheel Drive near Midland, TX**

SAFETY

| | |
|---|---|
| Rearview Monitor | In Dash |
| Cross Traffic Alert | Rear |
| Driver Attention Alert System | |
| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection |
| Lane Keeping Assist | |
| Automatic Emergency Braking | Rear, Front Pedestrian, Front |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  | Source: https://www.nissanofmidland.com/auto/used-2025-kia-sportage-ex-frontwheel-drive-near-midland-tx/114432575/, last accessed on February 05, 2026 <br><br>  <br><br> Source: https://www.kiamedia.com/us/en/models/sportage/2025/features, last accessed on February 05, 2026 |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

SAFETY

| | |
|---|---|
| Rearview Monitor | In Dash |
| Blind Spot Safety | Camera Display, Sensor/Alert |
| Cross Traffic Alert | Rear |
| Driver Attention Alert System | |
| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn |
| Lane Keeping Assist | |
| Camera System | Surround View |
| Traffic Sign Recognition | |
| Automatic Emergency Braking | Rear, Front Pedestrian, Rear Pedestrian, Front, Intersection/Junction Turn |

Source: https://www.nissanofmidland.com/auto/used-2025-kia-sportage-sxprestige-near-midland-tx/114872276/, last accessed on February 05, 2026

## 2025 Kia Sportage Features & Options

S = Standard    -- = Not Available    O = Optional    A = Available

| All | LX | EX | SX Prestige |
|---|---|---|---|
| **Dynamic Driving Systems** | | | |
| Blind-Spot Collision Avoidance Assist (BCA) | -- | S | S |
| Rear Cross-Traffic Collision Avoidance-Assist (RCCA) | -- | S | S |
| Smart Cruise Control with Stop & Go (SCC with S&G) | -- | -- | S |
| Forward Collision Avoidance Assist (FCA) car / pedestrian / cyclist detection | S | S | -- |
| Forward Collision Avoidance Assist (FCA) car / pedestrian / cyclist detection and junction turning | -- | -- | S |

Source: https://www.kiamedia.com/us/en/models/sportage/2025/features, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | **Used 2024 Kia Soul GT-Line (IVT) Hatchback in Midland, TX**<br><br><br><br>SAFETY<br><br>Rearview Monitor — In Dash<br>Cross Traffic Alert — Rear<br>Driver Attention Alert System<br>Pre-Collision Warning System — Audible Warning, Visual Warning<br>Lane Keeping Assist<br>Traffic Sign Recognition<br>Check Rear Seat Reminder<br>Automatic Emergency Braking — Rear, Front Pedestrian, Front<br><br>Source: https://www.nissanofmidland.com/auto/used-2024-kia-soul-gtline-ivt-hatchback-midland-tx/112906493/, last accessed on February 05, 2026<br><br>2024 Kia Soul **Features & Options** |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.kiamedia.com/us/en/models/soul/2024/features, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  | Source: https://www.kiamedia.com/us/en/models/soul/2024/features, last accessed on February 05, 2026  Source: https://www.nissanofmidland.com/auto/used-2024-kia-forte-lxs-ivt-sedan-near-midland-tx/114860723/, last accessed on February 05, 2026 |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | SAFETY<br><br>Rearview Monitor — In Dash<br>Cross Traffic Alert — Rear<br>Driver Attention Alert System<br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection<br>Lane Keeping Assist<br>Check Rear Seat Reminder<br>Automatic Emergency Braking — Rear, Front Pedestrian, Front<br><br>Source: https://www.nissanofmidland.com/auto/used-2024-kia-k5-gt-dct-frontwheel-drive-sedan-midland-tx/115511798/, last accessed on February 05, 2026<br><br>## 2024 K5  Overview<br><br>Highlighted Kia Drive Wise Advanced Driver Assistance Features[3]:<br><br>• Driver Attention Warning[4]<br><br>  • STD all trims<br><br>• Blind Spot Collision Avoidance Assist<br><br>  • STD all trims<br><br>Source: https://www.kiamedia.com/us/en/models/k5/2024, last accessed on February 05, 2026<br><br>## Used 2024 Kia Sportage X-Line near Midland, TX |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2024-kia-sportage-xline-near-midland-tx/116061224/, last accessed on February 05, 2026<br><br>## 2024 Sportage **Overview**<br><br>Highlighted Kia Drive Wise Advanced Driver Assistance Features[3]:<br><br>• Blind-Spot Collision Avoidance Assist (BCA) Includes Rear Cross-Traffic Collision Avoidance Assist<br><br>    • Std: EX, SX, SX Prestige, X-Line, X-Pro, X-Pro Prestige<br><br>Source: https://www.kiamedia.com/us/en/models/sportage/2024, last accessed on February 05, 2026<br><br>**Used 2024 Kia Sportage SX Front-wheel Drive near Midland, TX** |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>SAFETY<br><br>Rearview Monitor — In Dash<br>Cross Traffic Alert — Rear<br>Driver Attention Alert System<br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn<br>Lane Keeping Assist<br>Traffic Sign Recognition<br>Automatic Emergency Braking — Rear, Front Pedestrian, Rear Pedestrian, Front, Intersection/Junction Turn<br><br>Source: https://www.nissanofmidland.com/auto/used-2024-kia-sportage-sx-frontwheel-drive-near-midland-tx/115512635/, last accessed on February 05, 2026<br><br>2024 Sportage  **Overview** |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | **Highlighted Kia Drive Wise Advanced Driver Assistance Features[3]:**<br><br>• Blind-Spot Collision Avoidance Assist (BCA) Includes Rear Cross-Traffic Collision Avoidance Assist<br><br>    • Std: EX, SX, SX Prestige, X-Line, X-Pro, X-Pro Prestige<br><br>• Cruise Control<br><br>    • Std: LX, EX, X-Line (w/ steering wheel controls) & SX, SX Prestige, X-Pro, X-Pro Prestige (Smart Cruise Control w/ Stop and Go)<br><br>Source: https://www.kiamedia.com/us/en/models/sportage/2024, last accessed on February 05, 2026<br><br>**Used 2024 Kia Sportage SX-Prestige near Midland, TX**<br><br> |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | SAFETY |
| | Rearview Monitor — In Dash |
| | Blind Spot Safety — Camera Display, Sensor/Alert |
| | Cross Traffic Alert — Rear |
| | Driver Attention Alert System |
| | Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn |
| | Lane Keeping Assist |
| | Camera System — Surround View |
| | Traffic Sign Recognition |
| | Automatic Emergency Braking — Rear, Front Pedestrian, Rear Pedestrian, Front, Intersection/Junction Turn |
| | Source: https://www.nissanofmidland.com/auto/used-2024-kia-sportage-sxprestige-near-midland-tx/114691448/, last accessed on February 05, 2026 |
| | ## 2024 Sportage  Overview |
| | **Highlighted Kia Drive Wise Advanced Driver Assistance Features[3]:** |
| | • Blind-Spot Collision Avoidance Assist (BCA) Includes Rear Cross-Traffic Collision Avoidance Assist |
| | • Std: EX, SX, SX Prestige, X-Line, X-Pro, X-Pro Prestige |
| | • Cruise Control |
| | • Std: LX, EX, X-Line (w/ steering wheel controls) & SX, SX Prestige, X-Pro, X-Pro Prestige (Smart Cruise Control w/ Stop and Go) |
| | Source: https://www.kiamedia.com/us/en/models/sportage/2024, last accessed on February 05, 2026 |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | **Used 2024 Kia Sportage X-Pro Prestige All-Wheel Drive near Midland, TX**  SAFETY<br><br>Rearview Monitor — In Dash<br>Blind Spot Safety — Camera Display, Sensor/Alert<br>Cross Traffic Alert — Rear<br>Driver Attention Alert System<br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn<br>Lane Keeping Assist<br>Camera System — Surround View<br>Traffic Sign Recognition<br>Automatic Emergency Braking — Rear, Front Pedestrian, Rear Pedestrian, Front, Intersection/Junction Turn<br><br>Source: https://www.nissanofmidland.com/auto/used-2024-kia-sportage-xpro-prestige-allwheel-drive-near-midland-tx/114861377/, last accessed on February 05, 2026<br><br>2024 Sportage  **Overview** |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | **Highlighted Kia Drive Wise Advanced Driver Assistance Features[3]:**<br><br>• Blind-Spot Collision Avoidance Assist (BCA) Includes Rear Cross-Traffic Collision Avoidance Assist<br> • Std: EX, SX, SX Prestige, X-Line, X-Pro, X-Pro Prestige<br><br>• Cruise Control<br> • Std: LX, EX, X-Line (w/ steering wheel controls) & SX, SX Prestige, X-Pro, X-Pro Prestige (Smart Cruise Control w/ Stop and Go)<br><br>Source: https://www.kiamedia.com/us/en/models/sportage/2024, last accessed on February 05, 2026<br><br>**Used 2024 Kia Telluride S All-wheel Drive in Midland, TX**<br> |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  |  |

SAFETY

| Rearview Monitor | In Dash |
| Cross Traffic Alert | Rear |
| Driver Attention Alert System | |
| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn |
| Lane Keeping Assist | |
| Check Rear Seat Reminder | |
| Automatic Emergency Braking | Rear, Front Pedestrian, Front, Intersection/Junction Turn |

Source: https://www.nissanofmidland.com/auto/used-2024-kia-telluride-s-allwheel-drive-midland-tx/114882080/, last accessed on February 05, 2026

## 2024 Kia Telluride Features & Options

S = Standard   -- = Not Available   O = Optional   A = Available

| All | S | EX |
|---|---|---|
| **Drive Wise** | | |
| Smart Cruise Control (SCC) with STOP & GO (S&G) | S | S |

Source: https://www.kiamedia.com/us/en/models/telluride/2024/features, last accessed on February 05, 2026

**Used 2024 Kia Telluride EX Front-wheel Drive near Midland, TX**

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  |  |

| US10142791 | **Kia Vehicles (The accused instrumentality)** |
|---|---|
| |  |

Source: https://www.kia.com/us/en/adas , last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | **Kia Drive Wise: Features**<br><br>The Kia Drive Wise suite varies from model to model, but nearly every Kia comes with some of these safety features as standard. Explore all the Kia Drive Wise technologies, from Lane Keep Assist to the Surround View Monitor, below:<br><br>## City Driving<br><br>• **Auto Emergency Braking Technology:** Using a combination of Forward Collision Warning and Forward Collision-Avoidance Assist functionalities, your Kia will detect potential collisions with other vehicles, pedestrians, or cyclists and apply the brakes to prevent or lessen the effects of a crash.<br>• **Blind-Spot View Monitor:** When you activate your left or right turn signal, you'll receive a live view of the adjacent lane to help you see if any vehicles are in your blind spot before you merge.<br>• **Blind-Spot Collision Avoidance Assist & Warning:** If your Kia detects a vehicle in your blind spot and you attempt to change lanes, you'll receive both visual and audible warnings, and <u>the Lane Keep Assist feature will gently steer your vehicle back into your current lane.</u><br><br>Source:  https://www.cornerstonekia.com/kia-research/kia-drive-wise/, last accessed on February 05, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 Kia K5 GT-Line comprises software modules ("plurality of classifiers") as a part of the operating system executing in 2025 Kia K5 GT-Line that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.<br><br>Further, the software module for each group monitors the environment to capture and process images and control the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| group as the classifier; | classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to Kia DriveWise and is applicable to 2025 Kia K5 GT-Line.<br><br>**2025 Kia K5 Features & Options**<br><br><br><br>S = Standard   -- = Not Available   O = Optional   A = Available<br><br>| All | GT-Line | EX | GT |<br>|---|---|---|---|<br>| **Drive Wise** | | | |<br>| Blind Spot Collision Avoidance Assist - Rear (BCA) | S | S | S |<br>| Forward Collision Avoidance Assist (FCA) with Cyclist Detection (includes Car / Pedestrian) / Junction Turning Detection (Car) (Camera and Radar based) | S | S | S |<br>| Smart Cruise Control with Stop and Go (SCC w/ S&G) | S | S | S |<br><br>Source: https://www.kiamedia.com/us/en/models/k5/2025/features, last accessed on February 05, 2026 |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.kia.com/us/en/adas , last accessed on February 05, 2026

## Kia Drive Wise: Features

The Kia Drive Wise suite varies from model to model, but nearly every Kia comes with some of these safety features as standard. Explore all the Kia Drive Wise technologies, from Lane Keep Assist to the Surround View Monitor, below:

## City Driving

- **Auto Emergency Braking Technology:** Using a combination of Forward Collision Warning and Forward Collision-Avoidance Assist functionalities, your Kia will detect potential collisions with other vehicles, pedestrians, or cyclists and apply the brakes to prevent or lessen the effects of a crash.
- **Blind-Spot View Monitor:** When you activate your left or right turn signal, you'll receive a live view of the adjacent lane to help you see if any vehicles are in your blind spot before you merge.
- **Blind-Spot Collision Avoidance Assist & Warning:** If your Kia detects a vehicle in your blind spot and you attempt to change lanes, you'll receive both visual and audible warnings, and the Lane Keep Assist feature will gently steer your vehicle back into your current lane.

Source: https://www.cornerstonekia.com/kia-research/kia-drive-wise/, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] wherein the mobile device is configured to:<br><br>activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 Kia K5 GT-Line comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to  Kia DriveWise and is applicable to 2025 Kia K5 GT-Line.<br><br>2025 Kia K5 **Features & Options** |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | <br>Source: https://www.kiamedia.com/us/en/models/k5/2025/features, last accessed on February 05, 2026 |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|



| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.kia.com/us/en/adas , last accessed on February 05, 2026

## Kia Drive Wise: Features

The Kia Drive Wise suite varies from model to model, but nearly every Kia comes with some of these safety features as standard. Explore all the Kia Drive Wise technologies, from Lane Keep Assist to the Surround View Monitor, below:

# City Driving

- **Auto Emergency Braking Technology:** Using a combination of Forward Collision Warning and Forward Collision-Avoidance Assist functionalities, your Kia will detect potential collisions with other vehicles, pedestrians, or cyclists and apply the brakes to prevent or lessen the effects of a crash.
- **Blind-Spot View Monitor:** When you activate your left or right turn signal, you'll receive a live view of the adjacent lane to help you see if any vehicles are in your blind spot before you merge.
- **Blind-Spot Collision Avoidance Assist & Warning:** If your Kia detects a vehicle in your blind spot and you attempt to change lanes, you'll receive both visual and audible warnings, and the Lane Keep Assist feature will gently steer your vehicle back into your current lane.

Source: https://www.cornerstonekia.com/kia-research/kia-drive-wise/, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Kia DriveWise and is applicable to 2025 Kia K5 GT-Line.<br><br>2025 Kia K5 **Features & Options**<br><br> |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|



Source: https://www.kiamedia.com/us/en/models/k5/2025/features, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.kia.com/us/en/adas , last accessed on February 05, 2026

**Kia Drive Wise: Features**

The Kia Drive Wise suite varies from model to model, but nearly every Kia comes with some of these safety features as standard. Explore all the Kia Drive Wise technologies, from Lane Keep Assist to the Surround View Monitor, below:

## City Driving

- **Auto Emergency Braking Technology:** Using a combination of Forward Collision Warning and Forward Collision-Avoidance Assist functionalities, your Kia will detect potential collisions with other vehicles, pedestrians, or cyclists and apply the brakes to prevent or lessen the effects of a crash.
- **Blind-Spot View Monitor:** When you activate your left or right turn signal, you'll receive a live view of the adjacent lane to help you see if any vehicles are in your blind spot before you merge.
- **Blind-Spot Collision Avoidance Assist & Warning:** If your Kia detects a vehicle in your blind spot and you attempt to change lanes, you'll receive both visual and audible warnings, and the Lane Keep Assist feature will gently steer your vehicle back into your current lane.

Source: https://www.cornerstonekia.com/kia-research/kia-drive-wise/, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Kia DriveWise, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of dynamic radar cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2025 Kia K5 GT-Line.  The below information primarily refers to Kia DriveWise and is applicable to the 2025 Kia K5 GT-Line.<br><br>2025 Kia K5 **Features & Options** |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|



**S** = Standard    **--** = Not Available    **O** = Optional    **A** = Available

| | GT-Line | EX | GT |
|---|---|---|---|
| **Drive Wise** | | | |
| Blind Spot Collision Avoidance Assist - Rear (BCA) | S | S | S |
| Forward Collision Avoidance Assist (FCA) with Cyclist Detection (includes Car / Pedestrian) / Junction Turning Detection (Car) (Camera and Radar based) | S | S | S |
| Smart Cruise Control with Stop and Go (SCC w/ S&G) | S | S | S |

Source: https://www.kiamedia.com/us/en/models/k5/2025/features, last accessed on February 05, 2026

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|



| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
|  |  |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| |  **Blind-Spot Collision-Avoidance Assist**<br><br>The system detects objects in your blind spot, giving the driver visual and/or audible signals to help warn of detected objects outside the driver's field of view.<br><br>If the system determines that the driver is trying to change lanes while an object is detected, it will help maintain the previous course by helping the vehicle return to its lane.<br><br>Disclaimer<br><br>Source: https://www.kia.com/us/en/adas , last accessed on February 05, 2026<br><br>## Kia Drive Wise: Features<br><br>The Kia Drive Wise suite varies from model to model, but nearly every Kia comes with some of these safety features as standard. Explore all the Kia Drive Wise technologies, from Lane Keep Assist to the Surround View Monitor, below:<br><br># City Driving<br><br>• **Auto Emergency Braking Technology:** Using a combination of Forward Collision Warning and Forward Collision-Avoidance Assist functionalities, your Kia will detect potential collisions with other vehicles, pedestrians, or cyclists and apply the brakes to prevent or lessen the effects of a crash.<br>• **Blind-Spot View Monitor:** When you activate your left or right turn signal, you'll receive a live view of the adjacent lane to help you see if any vehicles are in your blind spot before you merge.<br>• **Blind-Spot Collision Avoidance Assist & Warning:** If your Kia detects a vehicle in your blind spot and you attempt to change lanes, you'll receive both visual and audible warnings, and the Lane Keep Assist feature will gently steer your vehicle back into your current lane.<br><br>Source: https://www.cornerstonekia.com/kia-research/kia-drive-wise/, last accessed on February 05, 2026 |

| US10142791 | Kia Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |