**EXHIBIT G**

**UNITED STATES PATENT NO. 10,142,791**
**CLAIM CHART FOR INFRINGEMENT OF CLAIM 1**

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are | To the extent the preamble is limiting, Defendant uses, sells and offers for sale used Toyota vehicles that include or comprise a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides 2026 Toyota Corolla LE Sedan[1] ("mobile device"). 2026 Toyota Corolla LE Sedan comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2026 Toyota Corolla LE Sedan provides Safety sense 3.0 (or TSS-C, TSS-P, TSS 2.0, and TSS 2.5+ (depending upon the variant of the vehicle) that comprises features including but not limited to Pre-Collision System with Pedestrian Detection, Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, Lane Tracing Assist and Proactive Driving Assist. The below information primarily refers to Safety sense 3.0 and is applicable to 2026 Toyota Corolla LE Sedan. |

---

[1] While 2026 Toyota Corolla LE Sedan has been used as an exemplary infringing product, vehicles including but not limited to 2026 Toyota Grand Highlander Limited, 2026 Toyota Camry LE Forward Wheel Drive Sedan, 2026 Toyota Sequoia Platinum, 2025 Toyota 4Runner SR5, 2025 Toyota Camry LE, 2025 Toyota Camry, 2025 Toyota Camry XLE, 2025 Toyota Camry XSE, 2025 Toyota Crown Signia Limited, 2025 Toyota GR Corolla Premium (M6) Hatchback, 2025 Toyota GR Corolla Premium Plus (M6) Hatchback, 2025 Toyota Prius Plug-in Hybrid XSE Premium, 2025 Toyota Tacoma SR, 2025 Toyota Tacoma TRD Sport, 2025 Toyota Tundra SR, 2025 Toyota Tundra Limited (A10), 2025 Toyota Tundra Platinum (A10), 2024 Toyota 4Runner SR5, 2024 Toyota Camry SE Forward Wheel Drive Sedan as well as variants (be it form factor or engine options) and versions of these products have same functionality. Named features for Toyota vehicles operate the same for all vehicle models that have the same features and thus the evidence below may be from different models but are equally applicable to the exemplary product and all accused products. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| arranged according to a hierarchy; and | For example, 2026 Toyota Corolla LE Sedan performs the following steps to control movement of the vehicle.<br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding to 2026 Toyota Corolla LE Sedan.<br>3. If 2026 Toyota Corolla LE Sedan detects, using the camera and radar, that there are objects/vehicles near the 2026 Toyota Corolla LE Sedan, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.<br><br><br>**NISSAN**  **Nissan of Midland**<br>Used 2026 Toyota Corolla LE Sedan near Midland, TX<br><br> |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | Source: https://www.nissanofmidland.com/auto/used-2026-toyota-corolla-le-sedan-near-midland-tx/113420408/, last accessed on February 05, 2026 <br><br> **Bold and Compact: The 2026 Toyota Corolla** <br> **Offers Impressive Features and Technology** <br><br> The 2026 Toyota Corolla is available in three dynamic grades: LE, SE, and XSE. Under the hood of Corolla gas models is a 2.0L Dynamic Force 4-cylinder DOHC 16-valve engine. The engine uses Dual Variable Valve Timing with intelligence to achieve 169 horsepower and 151 lb.-ft. of torque. The Toyota Corolla performs great and has a manufacturer-estimated MPG rating of up to 32 city/41 highway/35 combined. <br><br> Standard features include Toyota Audio Multimedia with wireless Apple CarPlay® and Android Auto™ compatibility, and Toyota Safety Sense 3.0 – which includes features like Lane Departure Assist and Proactive Driving Assist. New for 2026 is a 7-inch digital gauge cluster standard on the LE and SE grades, and a 12.3-inch digital gauge cluster standard on the XSE (available on the SE grade). <br><br> Source: https://pressroom.toyota.com/bold-and-compact-the-2026-toyota-corolla-offers-impressive-features-and-technology/ , last accessed on February 05, 2026 <br><br> Nissan of Midland (WDTX) also sells Toyota vehicles, such as 2026 Toyota Grand Highlander Limited, 2026 Toyota Camry LE Forward Wheel Drive Sedan, 2026 Toyota Sequoia Platinum, 2025 Toyota 4Runner SR5, 2025 Toyota Camry LE, 2025 Toyota Camry, 2025 Toyota Camry XLE, 2025 Toyota Camry XSE, 2025 Toyota Crown Signia Limited, 2025 Toyota GR Corolla Premium (M6) Hatchback, 2025 Toyota GR Corolla Premium Plus (M6) Hatchback, 2025 Toyota Prius Plug-in Hybrid XSE Premium, 2025 Toyota Tacoma SR, 2025 Toyota Tacoma TRD Sport, 2025 Toyota Tundra SR, 2025 Toyota Tundra Limited (A10), 2025 Toyota Tundra Platinum (A10), 2024 Toyota 4Runner SR5, 2024 Toyota Camry SE Forward Wheel Drive Sedan and versions of these products have same functionality. These models feature Safety sense 3.0 (or TSS-C, TSS-P, TSS 2.0, and TSS 2.5+) that comprises features including but not limited Pre-Collision System with Pedestrian Detection, Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, Lane Tracing Assist and Proactive Driving Assist: - |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|------------|-----------------------------------------------|
|  | **Used 2026 Toyota Grand Highlander Limited Front-wheel Drive near Midland, TX**  Source: https://www.nissanofmidland.com/auto/used-2026-toyota-grand-highlander-limited-frontwheel-drive-near-midland-tx/115695824/, last accessed on February 05, 2026 <br><br> Family schedules rarely slow down. That's why the 2026 Toyota Grand Highlander integrates Toyota Safety Sense™ 3.0 to help you navigate morning drop-offs, evening activities, and highway weekends with added reassurance. This comprehensive suite is engineered to support awareness and smooth decision-making, pairing the SUV's well-tuned road manners with smart, intuitive assistance. And because the Grand Highlander also offers available Traffic Jam Assist for controlled-access freeways when properly equipped and connected, it can help reduce the stress of stop-and-go travel while maintaining a naturally confident feel on the road. <br> Source: https://www.yokemtoyota.com/toyota-safety-sense-3-0-on-the-2026-toyota-grand-highlander-for-everyday-driving-confidence-in-minden-la/ , last accessed on February 05, 2026 <br><br> **Used 2026 Toyota Camry LE Front-wheel Drive Sedan near Midland, TX** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2026-toyota-camry-le-frontwheel-drive-sedan-near-midland-tx/113127881/, last accessed on February 05, 2026<br><br>**Frequently Asked Questions:**<br><br>**Does the 2026 Camry include Toyota Safety Sense™ 3.0 on every grade?**<br><br>Yes. Every 2026 Camry comes standard with Toyota Safety Sense™ 3.0 across the lineup, plus a standard Blind Spot Monitor (BSM). Available Traffic Jam Assist can further support you in certain low-speed conditions.<br><br>Source: https://www.yokemtoyota.com/is-toyota-safety-sense-3-0-on-the-2026-toyota-camry-enough-for-daily-driving-confidence-around-bossier-city-la/ , last accessed on February 05, 2026<br><br> |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | Source: https://www.nissanofmidland.com/auto/used-2026-toyota-sequoia-platinum-4x4-near-midland-tx/112687064/, last accessed on February 05, 2026 <br><br> **Toyota Safety Sense™ 2.5** <br><br> Every 2026 Sequoia equips Toyota Safety Sense™ 2.5 (TSS 2.5), a comprehensive suite that includes Pre-Collision System with Pedestrian Detection (PCS w/PD), Full-Speed Range Dynamic Radar Cruise Control (DRCC), Lane Departure Alert with Steering Assist (LDA w/SA), Lane Tracing Assist (LTA), Automatic High Beams (AHB), and Road Sign Assist (RSA). These systems help you maintain safer following distances, stay centered in your lane, and detect potential hazards day or night. Additional confidence comes from Blind Spot Monitor (BSM) with Rear Cross-Traffic Alert (RCTA) and available Front and Rear Parking Assist with Automatic Braking. Underpinned by the Star Safety System™ and eight airbags, Sequoia surrounds you with technologies designed to support more confident driving whether you are navigating interstates or narrow neighborhood streets. <br><br> Source: https://www.yokemtoyota.com/everything-you-need-to-know-before-buying-a-new-2026-toyota-sequoia-near-bossier-city-la/ , last accessed on February 05, 2026 <br><br> **Used 2025 Toyota 4Runner SR5 4X4 near Midland, TX** <br><br>  <br><br> Source: https://www.nissanofmidland.com/auto/used-2025-toyota-4runner-sr5-4x4-near-midland-tx/115829600/, last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | ### The All–New 2025 Toyota 4Runner: The Icon That Inspires Exploration<br><br>Toyota Safety Sense 3.0 Standard<br>All 2025 4Runner models come standard with Toyota Safety Sense 3.0, Toyota's suite of active safety and convenience systems.<br><br>This suite of features includes:<br><br>• Pre-Collision System with Pedestrian Detection<br>• Lane Departure Alert with Steering Assist<br>• Full-Speed Range Dynamic Radar Cruise Control<br><br>Source: https://pressroom.toyota.com/the-all-new-2025-toyota-4runner-the-icon-that-inspires-exploration/, last accessed on February 05, 2026<br><br>### Used 2025 Toyota Camry LE near Midland, TX<br><br><br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-camry-le-near-midland-tx/111658451/, last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Five Things To Know About the New 2025 Toyota Camry**<br><br>In addition, the new Camry will come standard with Toyota Safety Sense 3.0, which is a suite of active safety features. From looking out for pedestrians while turning corners to detecting speed limit and warning signs, these technologies are designed to help keep drivers and pedestrians safer.<br><br>The new 2025 Toyota Camry is a testament to Toyota's continuous improvement culture. Some things get better over time and this beloved nameplate is a prime example.<br><br>Source: https://pressroom.toyota.com/five-things-to-know-about-the-new-2025-toyota-camry/ , last accessed on February 05, 2026<br><br>**Used 2025 Toyota Camry near Midland, TX**<br><br><br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-camry-near-midland-tx/113420918/, last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | In addition, the new Camry will come standard with Toyota Safety Sense 3.0, which is a suite of active safety features. From looking out for pedestrians while turning corners to detecting speed limit and warning signs, these technologies are designed to help keep drivers and pedestrians safer. <br><br> The new 2025 Toyota Camry is a testament to Toyota's continuous improvement culture. Some things get better over time and this beloved nameplate is a prime example. <br> Source: https://pressroom.toyota.com/five-things-to-know-about-the-new-2025-toyota-camry/ , last accessed on February 05, 2026 <br><br> **Used 2025 Toyota Camry XLE near Midland, TX** <br><br>  <br><br> Source: https://www.nissanofmidland.com/auto/used-2025-toyota-camry-xle-near-midland-tx/113555771/, last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | In addition, the new Camry will come standard with Toyota Safety Sense 3.0, which is a suite of active safety features. From looking out for pedestrians while turning corners to detecting speed limit and warning signs, these technologies are designed to help keep drivers and pedestrians safer.<br><br>The new 2025 Toyota Camry is a testament to Toyota's continuous improvement culture. Some things get better over time and this beloved nameplate is a prime example.<br><br>Source: https://pressroom.toyota.com/five-things-to-know-about-the-new-2025-toyota-camry/ , last accessed on February 05, 2026<br><br>**Used 2025 Toyota Camry XSE near Midland, TX**<br><br><br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-camry-xse-near-midland-tx/114239774/, last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | In addition, the new Camry will come standard with Toyota Safety Sense 3.0, which is a suite of active safety features. From looking out for pedestrians while turning corners to detecting speed limit and warning signs, these technologies are designed to help keep drivers and pedestrians safer. <br><br> The new 2025 Toyota Camry is a testament to Toyota's continuous improvement culture. Some things get better over time and this beloved nameplate is a prime example. <br> Source: https://pressroom.toyota.com/five-things-to-know-about-the-new-2025-toyota-camry/ , last accessed on February 05, 2026 <br><br> **Used 2025 Toyota Crown Signia Limited in Midland, TX** <br><br>  <br><br> Source: https://www.nissanofmidland.com/auto/used-2025-toyota-crown-signia-limited-midland-tx/114155111/, last accessed on February 05, 2026 <br><br> **2025 Toyota Crown Signia's Command Performance Starts this Summer** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <u>Safety & Convenience</u><br><br>The 2025 Toyota Crown Signia will come with Toyota Safety Sense 3.0 (TSS 3.0) standard. This suite of active safety and driver assistance technologies includes:<br><br>• Pre-Collision System with Pedestrian Detection<br><br>• Lane Departure Alert with Steering Assist<br><br>• Full-Speed Range Dynamic Radar Cruise Control<br><br>• Lane Tracing Assist<br><br>• Road Sign Assist<br><br>• Automatic High Beams<br><br>• Proactive Driving Assist<br><br>Source: https://pressroom.toyota.com/2025-toyota-crown-signias-command-performance-starts-this-summer/ , last accessed on February 05, 2026<br><br>**Used 2025 Toyota GR Corolla Premium (M6) Hatchback in Midland, TX**<br><br> |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.nissanofmidland.com/auto/used-2025-toyota-gr-corolla-premium-m6-hatchback-midland-tx/112647041/, last accessed on February 05, 2026 <br><br> **Ready to Hit the Streets: The 2025 Toyota GR Corolla Adds New Direct Automatic Transmission Option and More** <br><br> **Safety & Convenience** <br> The GR Corolla comes with Toyota Safety Sense 3.0 (TSS 3.0) standard. This safety suite includes: <br><br> • **Pre-Collision System with Pedestrian Detection:** Pre-Collision System with Pedestrian Detection (PCS w/PD) is designed to help detect a vehicle, pedestrian, bicyclist or motorcyclist and provide an audio/visual forward collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking. <br><br> • **Dynamic Radar Cruise Control:** Intended for highway use, Dynamic Radar Cruise Control is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you. <br><br> • **Lane Departure Alert with Steering Assist:** Detects lane markings or the road's edge at speeds above 30 mph. LDA w/SA is designed to provide an audible/visual warning if an inadvertent lane departure is detected. If no corrective action is taken, Steering Assist is designed to provide gentle corrective steering for lane-keeping assistance. <br><br> Source: https://pressroom.toyota.com/ready-to-hit-the-streets-the-2025-toyota-gr-corolla-adds-new-direct-automatic-transmission-option-and-more/ , last accessed on February 05, 2026 <br><br> **Used 2025 Toyota GR Corolla Premium Plus (M6) Hatchback in Midland, TX** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-gr-corolla-premium-plus-m6-hatchback-midland-tx/114665630/, last accessed on February 05, 2026<br><br>**Ready to Hit the Streets: The 2025 Toyota GR Corolla Adds New Direct Automatic Transmission Option and More** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Safety & Convenience**<br>The GR Corolla comes with Toyota Safety Sense 3.0 (TSS 3.0) standard. This safety suite includes:<br><br>• **Pre-Collision System with Pedestrian Detection:** Pre-Collision System with Pedestrian Detection (PCS w/PD) is designed to help detect a vehicle, pedestrian, bicyclist or motorcyclist and provide an audio/visual forward collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.<br><br>• **Dynamic Radar Cruise Control:** Intended for highway use, Dynamic Radar Cruise Control is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.<br><br>• **Lane Departure Alert with Steering Assist:** Detects lane markings or the road's edge at speeds above 30 mph. LDA w/SA is designed to provide an audible/visual warning if an inadvertent lane departure is detected. If no corrective action is taken, Steering Assist is designed to provide gentle corrective steering for lane-keeping assistance.<br><br>Source: https://pressroom.toyota.com/ready-to-hit-the-streets-the-2025-toyota-gr-corolla-adds-new-direct-automatic-transmission-option-and-more/ , last accessed on February 05, 2026<br><br>**Used 2025 Toyota Prius Plug-in Hybrid XSE Premium near Midland, TX** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-priusplug-inhybrid-xse-premium-near-midland-tx/115792115/, last accessed on February 05, 2026<br><br>2025<br><br>**Prius Plug-in Hybrid**<br>**XSE Premium**<br>**Highlighted Features**<br>Toyota Safety Sense™ 3.0 (TSS 3.0) *<br><br>standard<br><br>**Electrify the Road in the 2025 Toyota Prius Plug-in Hybrid**<br><br>**Bold Sleek Style**<br>The 2025 Prius Plug-in Hybrid will be offered in three sport grades: SE, XSE and XSE Premium. Standard colors include Cutting Edge, Guardian Gray, Midnight Black Metallic, and Reservoir Blue. Premium colors include Wind Chill Pearl and Supersonic Red. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Safety & Convenience

The Toyota Prius Plug-in Hybrid comes standard with Toyota Safety Sense 3.0. The suite includes:

- **Pre-Collision System with Pedestrian Detection:** Pre-Collision System with Pedestrian Detection (PCS w/PD) is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audible/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.

- **Full-Speed Range Dynamic Radar Cruise Control:** Full-Speed Range Dynamic Radar Cruise Control (DRCC) is an adaptive cruise control system that is designed to be set at speeds above 20 mph. DRCC uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

- **Lane Departure Alert with Steering Assist:** Lane Departure Alert with Steering Assist (LDA w/SA) detects lane markings or the road's edge at speeds above 30 mph. LDA w/SA is designed to provide an audible/visual warning if an inadvertent lane departure is detected. If no corrective action is taken, Steering Assist is designed to provide gentle corrective steering for lane-keeping assistance.

Source: https://pressroom.toyota.com/electrify-the-road-in-the-2025-toyota-prius-plug-in-hybrid/ , last accessed on February 05, 2026

**Used 2025 Toyota Tacoma SR 4x2 Double Cab 5 ft. box in Midland, TX** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  SAFETY<br><br>Rearview Monitor — In Dash<br><br>Driver Attention Alert System<br><br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn, Intersection/Junction Cross<br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-tacoma-sr-4x2-double-cab-5-ft-box-midland-tx/114923948/, last accessed on February 05, 2026<br><br>## 2025 Toyota Tacoma Safety Features<br>### Toyota Safety Sense™ 3.0 (TSS 3.0)<br><br>- Pre-Collision System with Pedestrian Detection<br>- Full-Speed Range Dynamic Radar Cruise Control<br>- Lane Departure Alert with Steering Assist<br>- Lane Tracing Assist<br>- Road Sign Assist<br>- Automatic High Beams<br>- Proactive Driving Assist<br><br>Upper-level Tacoma trims come with additional driver assists, including a Blind Spot Monitor with Rear Cross-Traffic Alert and Parking Assist with Automatic Braking.<br><br>Source: https://www.worldtoyota.com/toyota-research/toyota-tacoma-technology/, last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | **Used 2025 Toyota Tacoma TRD Sport 4x4 Double Cab 6 ft. box in Midland, TX**<br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-tacoma-trd-sport-4x4-double-cab-6-ft-box-midland-tx/112487081/, last accessed on February 05, 2026<br><br>## 2025 Toyota Tacoma Safety Features<br>### Toyota Safety Sense™ 3.0 (TSS 3.0)<br>• Pre-Collision System with Pedestrian Detection<br>• Full-Speed Range Dynamic Radar Cruise Control<br>• Lane Departure Alert with Steering Assist<br>• Lane Tracing Assist<br>• Road Sign Assist<br>• Automatic High Beams<br>• Proactive Driving Assist<br><br>Upper-level Tacoma trims come with additional driver assists, including a Blind Spot Monitor with Rear Cross-Traffic Alert and Parking Assist with Automatic Braking.<br>Source: https://www.worldtoyota.com/toyota-research/toyota-tacoma-technology/, last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Used 2025 Toyota Tundra SR (A10) 4x2 CrewMax 5.5 ft. box 145.7 in. WB near Midland, TX**<br><br>SAFETY<br><br>Rearview Monitor — In Dash<br><br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn<br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-tundra-sr-a10-4x2-crewmax-55-ft-box-1457-in-wb-near-midland-tx/115298792/, last accessed on February 05, 2026<br><br>**2025 Toyota Tundra Adds TRD Rally Package and More**<br><br>PLANO, Texas (August 13, 2024) – The Tundra is a full-size pick-up powerhouse and it enters 2025 with a new TRD Rally Package and new luxury features. The lineup for the 2025 Tundra offers something for everyone, with SR, SR5, Limited, Platinum, 1794, TRD Pro and Capstone grades available. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **TSS 2.5 Standard on All Tundras**<br>Tundra models come standard with Toyota Safety Sense 2.5 on every grade.<br>This advanced system includes:<br><br>• Pre-Collision System with Pedestrian Detection<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Lane Departure Alert with Steering Assist (LDA w/ SA)<br>• Lane Tracing Assist (LTA)<br>• Road Sign Assist (RSA)<br>• Automatic High Beams (AHB)<br><br>Source: https://pressroom.toyota.com/2025-toyota-tundra-adds-trd-rally-package-and-more/ , last accessed on February 05, 2026<br><br>**Used 2025 Toyota Tundra Limited (A10) 4x4 CrewMax 5.5 ft. box 145.7 in. WB near Midland, TX**<br><br> |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | SAFETY<br><br>Rearview Monitor — In Dash<br><br>Cross Traffic Alert — Rear<br><br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn<br><br>Source: https://www.nissanofmidland.com/auto/used-2025-toyota-tundra-limited-a10-4x4-crewmax-55-ft-box-1457-in-wb-near-midland-tx/112145858/, last accessed on February 05, 2026<br><br>## 2025 Toyota Tundra Adds TRD Rally Package and More<br><br>PLANO, Texas (August 13, 2024) – The Tundra is a full-size pick-up powerhouse and it enters 2025 with a new TRD Rally Package and new luxury features. The lineup for the 2025 Tundra offers something for everyone, with SR, SR5, Limited, Platinum, 1794, TRD Pro and Capstone grades available.<br><br>**TSS 2.5 Standard on All Tundras**<br>Tundra models come standard with Toyota Safety Sense 2.5 on every grade. This advanced system includes:<br><br>- Pre-Collision System with Pedestrian Detection<br>- Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>- Lane Departure Alert with Steering Assist (LDA w/ SA)<br>- Lane Tracing Assist (LTA)<br>- Road Sign Assist (RSA)<br>- Automatic High Beams (AHB)<br><br>Source: https://pressroom.toyota.com/2025-toyota-tundra-adds-trd-rally-package-and-more/ , last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  **Used 2025 Toyota Tundra Platinum (A10) 4x4 CrewMax 5.5 ft. box 145.7 in. WB near Midland, TX** |

SAFETY

| | |
|---|---|
| Rearview Monitor | In Dash |
| Cross Traffic Alert | Rear |
| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn |

Source: https://www.nissanofmidland.com/auto/used-2025-toyota-tundra-platinum-a10-4x4-crewmax-55-ft-box-1457-in-wb-near-midland-tx/113420924/, last accessed on February 05, 2026

## 2025 Toyota Tundra Adds TRD Rally Package and More

PLANO, Texas (August 13, 2024) – The Tundra is a full-size pick-up powerhouse and it enters 2025 with a new TRD Rally Package and new luxury features. The lineup for the 2025 Tundra offers something for everyone, with SR, SR5, Limited, Platinum, 1794, TRD Pro and Capstone grades available.

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <u>TSS 2.5 Standard on All Tundras</u><br>Tundra models come standard with Toyota Safety Sense 2.5 on every grade.<br>This advanced system includes:<br><br>• Pre-Collision System with Pedestrian Detection<br><br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br><br>• Lane Departure Alert with Steering Assist (LDA w/ SA)<br><br>• Lane Tracing Assist (LTA)<br><br>• Road Sign Assist (RSA)<br><br>• Automatic High Beams (AHB)<br><br>Source: https://pressroom.toyota.com/2025-toyota-tundra-adds-trd-rally-package-and-more/ , last accessed on February 05, 2026<br><br>**Used 2024 Toyota 4Runner SR5 4X2 in Midland, TX**<br><br> |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | SAFETY<br><br>Rearview Monitor          In Dash<br>Cross Traffic Alert        Rear<br>Pre-Collision Warning System    Audible Warning, Visual Warning, Pedestrian Detection<br><br>Source: https://www.nissanofmidland.com/auto/used-2024-toyota-4runner-sr5-4x2-midland-tx/115695539/, last accessed on February 05, 2026<br><br>Comprehensive Safety Features<br><br>All 2024 Toyota 4Runners come equipped with Toyota Safety Sense™ P.<br>This suite of advanced safety features is comprised of:<br>  •  Pre-Collision System with Pedestrian Detection<br>  •  Dynamic Radar Cruise Control<br>  •  Lane Departure Alert<br>  •  Automatic High Beams<br><br>Source: https://www.toyotaofseattle.com/blog/2024-toyota-4runner-trim-levels-explained, last accessed on February 05, 2026<br><br>**Used 2024 Toyota Camry SE Front-wheel Drive Sedan near Midland, TX** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | SAFETY<br><br>Rearview Monitor — In Dash<br>Impact Absorbing Seats — Dual Front<br>Pre-Collision Warning System — Audible Warning, Visual Warning, Pedestrian Detection, Intersection/Junction Turn<br><br>Source: https://www.nissanofmidland.com/auto/used-2024-toyota-camry-se-frontwheel-drive-sedan-near-midland-tx/113127890/, last accessed on February 05, 2026<br><br>2024 Toyota Camry: Style and Performance in America's Best-Selling Midsize Sedan<br><br>The Toyota Camry comes with Toyota Safety Sense 2.5+ standard on all models. All Camry models for 2024 also get an added dose of tech with a choice of floating multimedia screen in 7-inch or 9-inch sizes, available 4.2 or 7-inch TFT Multi-Information Display, and available Heads-Up Display. Audio options include available six or nine speaker systems, with a nine-speaker JBL® Audio Plus system standard on the XSE and XLE V6 and optional on the TRD models, and JBL Premium Audio package available for XSE and XLE grades across Hybrid or gas variants.<br><br>Source: https://pressroom.toyota.com/2024-toyota-camry-style-and-performance-in-americas-best-selling-midsize-sedan/  last accessed on February 05, 2026<br><br>**Bold and Compact: The 2026 Toyota Corolla Offers Impressive Features and Technology** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | The 2026 Toyota Corolla is available in three dynamic grades: LE, SE, and XSE. Under the hood of Corolla gas models is a 2.0L Dynamic Force 4-cylinder DOHC 16-valve engine. The engine uses Dual Variable Valve Timing with intelligence to achieve 169 horsepower and 151 lb.-ft. of torque. The Toyota Corolla performs great and has a manufacturer-estimated MPG rating of up to 32 city/41 highway/35 combined.<br><br>Standard features include Toyota Audio Multimedia with wireless Apple CarPlay® and Android Auto™ compatibility, and Toyota Safety Sense 3.0 – which includes features like Lane Departure Assist and Proactive Driving Assist. New for 2026 is a 7-inch digital gauge cluster standard on the LE and SE grades, and a 12.3-inch digital gauge cluster standard on the XSE (available on the SE grade).<br><br>Source: https://pressroom.toyota.com/bold-and-compact-the-2026-toyota-corolla-offers-impressive-features-and-technology/ , last accessed on February 05, 2026<br><br>**TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO<br><br>**Toyota Safety Sense™,¹ or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.<br><br>As a result, these updates help enhance some of the features that make up TSS 3.0.<br><br>Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf Page 1 of 3 , last accessed on February 05, 2026 |

**Pre-Collision System with Pedestrian Detection**

Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.

**Dynamic Radar Cruise Control**

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

**Lane Departure Alert with Steering Assist**

When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance.

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist** |
| | When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC [*] are enabled and lane markers are detected, Lane Tracing Assist (LTA) [*] uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions. |
| | **Proactive Driving Assist** |
| | When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) [*] provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist. |
| | Source:  https://www.toyota.com/safety-sense/ , last accessed on February 05, 2026 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, 2026 Toyota Corolla LE Sedan comprises software modules ("plurality of classifiers") as a part of the operating system executing in 2026 Toyota Corolla LE Sedan that control the camera sensor, radar sensor, steering |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; | sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.<br><br>Further, the software module for each group monitors the environment to capture and process images and control the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to 2026 Toyota Corolla LE Sedan.<br><br>**Bold and Compact: The 2026 Toyota Corolla Offers Impressive Features and Technology**<br><br>The 2026 Toyota Corolla is available in three dynamic grades: LE, SE, and XSE. Under the hood of Corolla gas models is a 2.0L Dynamic Force 4-cylinder DOHC 16-valve engine. The engine uses Dual Variable Valve Timing with intelligence to achieve 169 horsepower and 151 lb.-ft. of torque. The Toyota Corolla performs great and has a manufacturer-estimated MPG rating of up to 32 city/41 highway/35 combined.<br><br>Standard features include Toyota Audio Multimedia with wireless Apple CarPlay® and Android Auto™ compatibility, and Toyota Safety Sense 3.0 – which includes features like Lane Departure Assist and Proactive Driving Assist. New for 2026 is a 7-inch digital gauge cluster standard on the LE and SE grades, and a 12.3-inch digital gauge cluster standard on the XSE (available on the SE grade).<br><br>Source: https://pressroom.toyota.com/bold-and-compact-the-2026-toyota-corolla-offers-impressive-features-and-technology/ , last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO |

**Toyota Safety Sense™,[1] or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.

As a result, these updates help enhance some of the features that make up TSS 3.0.

Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer.

Source: https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf Page 1 of 3 , last accessed on February 05, 2026

**Pre-Collision System with Pedestrian Detection**

Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.

**Dynamic Radar Cruise Control**

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Departure Alert with Steering Assist**<br><br>When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) * is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance.<br><br>**Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC * are enabled and lane markers are detected, Lane Tracing Assist (LTA) * uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) * provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source: https://www.toyota.com/safety-sense/ , last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] wherein the mobile device is configured to:

activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, 2026 Toyota Corolla LE Sedan comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.

Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to 2026 Toyota Corolla LE Sedan.

**Bold and Compact: The 2026 Toyota Corolla Offers Impressive Features and Technology** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | The 2026 Toyota Corolla is available in three dynamic grades: LE, SE, and XSE. Under the hood of Corolla gas models is a 2.0L Dynamic Force 4-cylinder DOHC 16-valve engine. The engine uses Dual Variable Valve Timing with intelligence to achieve 169 horsepower and 151 lb.-ft. of torque. The Toyota Corolla performs great and has a manufacturer-estimated MPG rating of up to 32 city/41 highway/35 combined. |

Standard features include Toyota Audio Multimedia with wireless Apple CarPlay® and Android Auto™ compatibility, and Toyota Safety Sense 3.0 – which includes features like Lane Departure Assist and Proactive Driving Assist. New for 2026 is a 7-inch digital gauge cluster standard on the LE and SE grades, and a 12.3-inch digital gauge cluster standard on the XSE (available on the SE grade).

Source: https://pressroom.toyota.com/bold-and-compact-the-2026-toyota-corolla-offers-impressive-features-and-technology/ , last accessed on February 05, 2026

**TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO

**Toyota Safety Sense™,[1] or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.

As a result, these updates help enhance some of the features that make up TSS 3.0.

Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer.

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source:  https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf Page 1 of 3 , last accessed on February 05, 2026<br><br>**Pre-Collision System with Pedestrian Detection**<br><br>Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.<br><br>**Dynamic Radar Cruise Control**<br><br>Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.<br><br>**Lane Departure Alert with Steering Assist**<br><br>When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC * are enabled and lane markers are detected, Lane Tracing Assist (LTA) * uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) * provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source:  https://www.toyota.com/safety-sense/ , last accessed on February 05, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4]   activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| classification by the classifier assigned to the first sensor group; and | surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to 2026 Toyota Corolla LE Sedan. |

**Bold and Compact: The 2026 Toyota Corolla Offers Impressive Features and Technology**

The 2026 Toyota Corolla is available in three dynamic grades: LE, SE, and XSE. Under the hood of Corolla gas models is a 2.0L Dynamic Force 4-cylinder DOHC 16-valve engine. The engine uses Dual Variable Valve Timing with intelligence to achieve 169 horsepower and 151 lb.-ft. of torque. The Toyota Corolla performs great and has a manufacturer-estimated MPG rating of up to 32 city/41 highway/35 combined.

Standard features include Toyota Audio Multimedia with wireless Apple CarPlay® and Android Auto™ compatibility, and Toyota Safety Sense 3.0 – which includes features like Lane Departure Assist and Proactive Driving Assist. New for 2026 is a 7-inch digital gauge cluster standard on the LE and SE grades, and a 12.3-inch digital gauge cluster standard on the XSE (available on the SE grade).

Source: https://pressroom.toyota.com/bold-and-compact-the-2026-toyota-corolla-offers-impressive-features-and-technology/ , last accessed on February 05, 2026

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO <br><br> **Toyota Safety Sense™,[1] or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view. <br><br> As a result, these updates help enhance some of the features that make up TSS 3.0. <br><br> Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer. <br><br> Source: https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf Page 1 of 3 , last accessed on February 05, 2026 <br><br> **Pre-Collision System with Pedestrian Detection** <br><br> Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking. <br><br> **Dynamic Radar Cruise Control** <br><br> Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Departure Alert with Steering Assist**<br><br>When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance.<br><br>**Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC [*] are enabled and lane markers are detected, Lane Tracing Assist (LTA) [*] uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) [*] provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source:  https://www.toyota.com/safety-sense/ , last accessed on February 05, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Toyota Safety Sense 3.0, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of dynamic radar cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2026 Toyota Corolla LE Sedan.  The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to the 2026 Toyota Corolla LE Sedan.<br><br>**Bold and Compact: The 2026 Toyota Corolla Offers Impressive Features and Technology** |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | The 2026 Toyota Corolla is available in three dynamic grades: LE, SE, and XSE. Under the hood of Corolla gas models is a 2.0L Dynamic Force 4-cylinder DOHC 16-valve engine. The engine uses Dual Variable Valve Timing with intelligence to achieve 169 horsepower and 151 lb.-ft. of torque. The Toyota Corolla performs great and has a manufacturer-estimated MPG rating of up to 32 city/41 highway/35 combined.<br><br>Standard features include Toyota Audio Multimedia with wireless Apple CarPlay® and Android Auto™ compatibility, and Toyota Safety Sense 3.0 – which includes features like Lane Departure Assist and Proactive Driving Assist. New for 2026 is a 7-inch digital gauge cluster standard on the LE and SE grades, and a 12.3-inch digital gauge cluster standard on the XSE (available on the SE grade).<br><br>Source: https://pressroom.toyota.com/bold-and-compact-the-2026-toyota-corolla-offers-impressive-features-and-technology/ , last accessed on February 05, 2026<br><br>**TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO<br><br>**Toyota Safety Sense™,¹ or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.<br><br>As a result, these updates help enhance some of the features that make up TSS 3.0.<br><br>Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source:  https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf Page 1 of 3 , last accessed on February 05, 2026<br><br>**Pre-Collision System with Pedestrian Detection**<br><br>Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.<br><br>**Dynamic Radar Cruise Control**<br><br>Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.<br><br>**Lane Departure Alert with Steering Assist**<br><br>When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC [*] are enabled and lane markers are detected, Lane Tracing Assist (LTA) [*] uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) [*] provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source:  https://www.toyota.com/safety-sense/ , last accessed on February 05, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |