**EXHIBIT H**

**UNITED STATES PATENT NO. 10,142,791**
**CLAIM CHART FOR INFRINGEMENT OF CLAIM 1**

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy; and | To the extent the preamble is limiting, Dealer (Defendant) uses, sells and offers for sale used RAM vehicles that include or comprise a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant sells a 2025 RAM 1500 Big Horn[1] ("mobile device"). 2025 RAM 1500 Big Horn comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2025 RAM 1500 Big Horn provides Active Driving Assist (ADA) that comprises features including but not limited to Adaptive Cruise Control with Stop & Go, Forward collision warning with Active Braking, Lane keep assist, Parallel and perpendicular Park Assist and Intersection collision Assist system: -<br><br>For example, 2025 RAM Big Horn performs the following steps to control movement of the vehicle. |

[1] While 2025 RAM 1500 Big Horn Limited has been used as an exemplary infringing product, vehicles including but not limited 2026 RAM 1500 Tradesman, 2025 RAM 1500 Tradesman, 2025 RAM 1500 Laramie, 2025 RAM 1500 Rebel, 2025 RAM 2500 Tradesman, 2025 RAM 2500 Limited, 2024 RAM 1500 Classic SLT, 2024 RAM 1500 Classic Tradesman, 2024 RAM 2500 Tradesman, 2024 RAM 2500 Big Horn, 2024 RAM 3500 Big Horn, 2023 RAM 1500 Tradesman, 2023 RAM 1500 Big Horn, 2023 RAM 1500 Laramie, 2023 RAM 1500 Classic Tradesman, 2023 RAM 1500 Classic SLT, 2023 RAM 2500 Power Wagon, 2022 RAM 1500 Laramie, 2022 RAM 1500 Big Horn, 2022 RAM 1500 Limited and versions of these products that have the same functionality. Named features for RAM vehicles operate the same for all vehicle models that have the same features and thus the evidence below may be from different models but are equally applicable to the exemplary product and all accused products. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
|  | 1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding 2025 RAM Big Horn.<br>3. If 2025 RAM Big Horn detects, using the camera and radar, that there are objects/vehicles near the 2025 RAM Big Horn, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.<br><br>NISSAN  Nissan of Midland<br><br>Used 2025 Ram 1500 Big Horn/Lone Star 4x4 Crew Cab 144.5 in. WB near Midland, TX |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>**SAFETY**<br><br>- Automatic Emergency Braking (Front Pedestrian)<br>- Automatic Emergency Braking (Front)<br>- Automatic Emergency Braking (Rear)<br>- Blind Spot Safety (Sensor/Alert)<br>- Blind Spot Safety (Trailer Coverage)<br>- Camera System (Rearview)<br>- Check Rear Seat Reminder<br><br>- Lane Deviation Sensors<br>- Lane Keeping Assist<br>- Lane Keeping Assist with Blind Spot Integration<br>- Parking Sensors (Front)<br>- Parking Sensors (Rear)<br>- Pre-Collision Warning System (Audible Warning)<br>- Pre-Collision Warning System (Pedestrian Detection)<br><br>Source: https://www.nissanofmidland.com/auto/used-2025-ram-1500-big-hornlone-star-4x4-crew-cab-1445-in-wb-near-midland-tx/111857639/ last accessed on February 5, 2026<br><br>**2025 Ram 1500 Big Horn/lone Star: Everything You Need to Know** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Safety and Driver Assistance Features**<br><br>RAM ensures that the **2025 RAM 1500 Big Horn/Lone Star** is equipped with advanced safety features to provide peace of mind for drivers and passengers alike.<br><br>**Standard and Available Safety Features:**<br><br>- Forward Collision Warning with Active Braking<br>- Blind-Spot Monitoring with Rear Cross-Path Detection<br>- Adaptive Cruise Control with Stop & Go<br>- Lane Keep Assist for added stability on highways<br>- ParkSense® Front and Rear Park Assist for easier parking<br>- 360-Degree Surround-View Camera (Optional) for enhanced visibility<br><br>Source: 2025 Ram 1500 Big Horn/lone Star: Everything You Need to Know - Simi Valley Chrysler Dodge Jeep Ram Blog, last accessed on February 5, 2026<br><br>Nissan of Midland also sells RAM vehicles such as 2026 RAM 1500 Tradesman, 2025 RAM 1500 Tradesman, 2025 RAM 1500 Laramie, 2025 RAM 1500 Rebel, 2025 RAM 2500 Tradesman, 2025 RAM 2500 Limited, 2024 RAM 1500 Classic SLT, 2024 RAM 1500 Classic Tradesman, 2024 RAM 2500 Tradesman, 2024 RAM 2500 Big Horn, 2024 RAM 3500 Big Horn, 2023 RAM 1500 Tradesman, 2023 RAM 1500 Big Horn, 2023 RAM 1500 Laramie, 2023 RAM 1500 Classic Tradesman, 2023 RAM 1500 Classic SLT, 2023 RAM 2500 Power Wagon, 2022 RAM 1500 Laramie, 2022 RAM 1500  Big Horn, 2022 RAM 1500 Limited and versions of these products have same functionality. These models feature Active Driving Assist (ADA) that comprises features including but not limited to Adaptive Cruise Control with Stop & Go, Forward collision warning with Active Braking, Lane keep assist, and Parallel and perpendicular Park Assist.<br><br>**Used 2026 Ram 1500 Tradesman 4x4 Crew Cab 144.5 in. WB near Midland, TX** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2026-ram-1500-tradesman-4x4-crew-cab-1445-in-wb-near-midland-tx/115862252/ last accessed on February 5, 2026 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  |

One of the biggest benefits of the 2026 Ram 1500 is its advanced driver-assistance technology. Available features such as adaptive cruise control, lane-keeping assist, blind-spot monitoring, and forward collision warning help reduce physical strain and driver workload. These systems are especially helpful for drivers with limited mobility or strength, providing added confidence during highway and city driving.

Source: https://bigrockdodge.com/2026-ram-1500-accessibility-features-a-pickup-designed-for-adaptive-driving last accessed on February 5, 2026

**Used 2025 Ram 1500 Tradesman 4x2 Quad Cab 140.5 in. WB near Midland, TX**

**SAFETY**

SAFETY

| Rearview Monitor | In Dash |
| Cross Traffic Alert | Rear |
| Pre-Collision Warning System | Audible Warning, Visual Warning, Pedestrian Detection |
| Lane Keeping Assist | |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.nissanofmidland.com/auto/used-2025-ram-1500-tradesman-4x2-quad-cab-1405-in-wb-near-midland-tx/113321828/ last accessed on February 5, 2026 |

**2025 RAM 1500**

**TRADESMAN®** STANDARD FEATURES:

**SAFETY & SECURITY**

6 air bags,[3] including driver and
    front-passenger, side-curtain and
    front-seat side-mounted
Electronic Stability Control (ESC)[4]
Antilock 4-wheel disc brakes
Sentry Key® Theft Deterrent System
Remote Keyless Entry
Tire Pressure Monitoring System with display
Tire-Fill Alert System
ParkView® Rear Back-Up Camera[5]
Electronic parking brake
Rear-Seat Reminder Alert
Tailgate-ajar warning lamp
Active Lane Management System
Adaptive Cruise Control with Stop & Go[6]
Auto High-Beam Headlamp Control
Blind Spot Monitoring (BSM)[7] with Rear Cross
    Path and Trailer Detection[5]
Full-Speed Forward Collision Warning Plus
    (FSFCCW+)[8]
ParkSense® Front/Rear Park Assist with Stop[9]
Pedestrian Emergency Braking[8]

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://cdn.dealereprocess.org/cdn/brochures/ram/2025-1500.pdf last accessed on February 5, 2026 <br><br>  <br><br> Source: https://www.nissanofmidland.com/auto/used-2025-ram-1500-laramie-4x4-crew-cab-1445-in-wb-near-midland-tx/115862255/ last accessed on February 5, 2026 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
|  | **LARAMIE®**<br><br>STANDARD FEATURES; INCLUDES SELECT BIG HORN®/LONE STAR[10] FEATURES PLUS:<br><br>**SAFETY & SECURITY**<br><br>6 air bags,[3] including driver and front-passenger, side-curtain and front-seat side-mounted<br>Electronic Stability Control (ESC)[4]<br>Antilock 4-wheel disc brakes<br>Sentry Key® Theft Deterrent System<br>Remote Keyless Entry<br>Tire Pressure Monitoring System with display<br>Tire-Fill Alert System<br>ParkView® Rear Back-Up Camera[5]<br>Electronic parking brake<br>Rear-Seat Reminder Alert<br>Tailgate-ajar warning lamp<br>Active Lane Management System<br>Adaptive Cruise Control with Stop & Go[6]<br>Auto High-Beam Headlamp Control<br>Blind Spot Monitoring (BSM)[7] with Rear Cross Path and Trailer Detection[5]<br>Full-Speed Forward Collision Warning Plus (FSFCCW+)[8]<br>ParkSense® Front/Rear Park Assist with Stop[9]<br>Pedestrian Emergency Braking[8]<br><br>Source: https://cdn.dealereprocess.org/cdn/brochures/ram/2025-1500.pdf last accessed on February 5, 2026<br><br>Used 2025 Ram 1500 Rebel 4x4 Crew Cab 144.5 in. WB near Midland, TX |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **SAFETY & SECURITY**<br><br>6 air bags,[3] including driver and front-passenger, side-curtain and front-seat side-mounted<br>Electronic Stability Control (ESC)[4]<br>Antilock 4-wheel disc brakes<br>Sentry Key® Theft Deterrent System<br>Remote Keyless Entry<br>Tire Pressure Monitoring System with display<br>Tire-Fill Alert System<br>ParkView® Rear Back-Up Camera[5]<br>Electronic parking brake<br>Rear-Seat Reminder Alert<br>Tailgate-ajar warning lamp<br>Active Lane Management System<br>Adaptive Cruise Control with Stop & Go[6]<br>Auto High-Beam Headlamp Control<br>Blind Spot Monitoring (BSM)[7] with Rear Cross Path and Trailer Detection[5]<br>Full-Speed Forward Collision Warning Plus (FSFCCW+)[8]<br>ParkSense® Front/Rear Park Assist with Stop[9]<br>Pedestrian Emergency Braking[8]<br><br>Source: https://cdn.dealereprocess.org/cdn/brochures/ram/2025-1500.pdf last accessed on February 5, 2026<br><br>**Used 2025 Ram 2500 Tradesman 4x4 Crew Cab 8 ft. box 169 in. WB near Midland, TX** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2025-ram-2500-tradesman-4x4-crew-cab-8-ft-box-169-in-wb-near-midland-tx/115756505/ last accessed on February 5, 2026<br><br>**2025 RAM 2500 FEATURES**<br>**MODERN AMENITIES**<br><br>**FORWARD COLLISION WARNING WITH ACTIVE BRAKING**<br><br>Forward Collision Warning with Active Braking helps warn the driver when an accident is imminent. This feature can even apply the brakes, bringing the vehicle to a complete stop—even with a trailer attached.(2024 Ram 2500 shown.)<br><br>**ADAPTIVE CRUISE CONTROL WITH STOP**<br><br>Class-Exclusive standard Adaptive Cruise Control can help maintain a set distance, selected by the driver, from vehicles in the lane ahead. If slower traffic is detected, the truck can automatically adjust its speed all the way down to 0 mph, even with a trailer attached. (2024 Ram 2500 shown.)<br>Source: https://www.ramtrucks.com/2025/ram-2500/features.html  last accessed on February 5, 2026<br><br>Used 2025 Ram 2500 Limited 4x4 Mega Cab<br>6.3 ft. box 160.5 in. WB near Midland, TX |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2025-ram-2500-limited-4x4-mega-cab-63-ft-box-1605-in-wb-near-midland-tx/115193699/   last accessed on February 5, 2026<br><br>**2025 RAM 2500 FEATURES**<br>## MODERN AMENITIES<br>### FORWARD COLLISION WARNING WITH ACTIVE BRAKING⑫<br><br>Forward Collision Warning with Active Braking helps warn the driver when an accident is imminent. This feature can even apply the brakes, bringing the vehicle to a complete stop—even with a trailer attached.(2024 Ram 2500 shown.)<br><br>### ADAPTIVE CRUISE CONTROL WITH STOP⑫<br><br>Class-Exclusive standard Adaptive Cruise Control⑬ can help maintain a set distance, selected by the driver, from vehicles in the lane ahead. If slower traffic is detected, the truck can automatically adjust its speed all the way down to 0 mph, even with a trailer attached. (2024 Ram 2500 shown.)<br>Source: https://www.ramtrucks.com/2025/ram-2500/features.html   last accessed on February 5, 2026 |

13

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Used 2024 Ram 1500 Classic SLT 4x2 Crew Cab 5.6 ft. box 140 in. WB near Midland, TX**<br><br><br><br>Source: https://www.nissanofmidland.com/auto/used-2024-ram-1500-classic-slt-4x2-crew-cab-56-ft-box-140-in-wb-near-midland-tx/112846235/ last accessed on February 5, 2026<br><br>**2024 RAM 1500 CLASSIC FEATURES**<br>**SMART AND INTUITIVE**<br>**STANDARD AND AVAILABLE SAFETY & SECURITY FEATURES**<br><br>ParkView® Rear Back Up Camera❶ and available ParkSense® Rear Park Assist System⑯.    Full-Speed Forward Collision Warning with Active Braking⑰<br><br>Source: https://www.ram.com/eu-shared/2024/ram-1500classic/features.html last accessed on February 5, 2026<br><br>Three Impressive Safety Features in the 2024 Ram 1500 Classic |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive Cruise Control**<br><br>Available in the 2024 Ram 1500 Classic, Adaptive Cruise Control (ACC) makes highway cruising easy. Simply set your preferred traveling speed and following distance. Your truck will track the flow of traffic and accelerate or apply light braking pressure needed.<br><br>**Forward Collision Warning With Adaptive Braking**<br><br>Get timely visual and audio alerts when forward collisions are imminent. When necessary, this available feature will apply braking pressure to prevent or mitigate crashes.<br><br>**Pedestrian Emergency Braking**<br><br>If a pedestrian steps in front of your vehicle while you're moving, Pedestrian Emergency Braking will help you avoid disaster. This available feature uses front sensors to detect fixed and moving obstructions and can bring the 2024 Ram 1500 Classic to a full stop in seconds.<br><br>Source: https://www.richlandcdjr.com/blog/2024/june/9/three-impressive-safety-features-in-the-2024-ram-1500-classic.htm last accessed on February 5, 2026<br><br>**Used 2024 Ram 1500 Classic Tradesman 4x4 Crew Cab 5.6 ft. box 140 in. WB near Midland, TX** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>Source: https://www.nissanofmidland.com/auto/used-2024-ram-1500-classic-tradesman-4x4-crew-cab-56-ft-box-140-in-wb-near-midland-tx/113081069/  last accessed on February 5, 2026<br><br>**2024 RAM 1500 CLASSIC FEATURES**<br>**SMART AND INTUITIVE**<br>STANDARD AND AVAILABLE SAFETY &<br>SECURITY FEATURES<br><br>ParkView® Rear Back Up    **Full-Speed Forward Collision**<br>Camera① and available    **Warning with Active**<br>ParkSense® **Rear Park**    **Braking⑰**<br>**Assist System⑯.**<br><br>Source: https://www.ram.com/eu-shared/2024/ram-1500classic/features.html   last accessed on February 5, 2026<br><br>Three Impressive Safety Features in the 2024 Ram 1500 Classic |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive Cruise Control**<br><br>Available in the 2024 Ram 1500 Classic, Adaptive Cruise Control (ACC) makes highway cruising easy. Simply set your preferred traveling speed and following distance. Your truck will track the flow of traffic and accelerate or apply light braking pressure needed.<br><br>**Forward Collision Warning With Adaptive Braking**<br><br>Get timely visual and audio alerts when forward collisions are imminent. When necessary, this available feature will apply braking pressure to prevent or mitigate crashes.<br><br>Source: https://www.richlandcdjr.com/blog/2024/june/9/three-impressive-safety-features-in-the-2024-ram-1500-classic.htm last accessed on February 5, 2026<br><br>**Used 2024 Ram 2500 Tradesman 4x4 Crew Cab 8 ft. box 169 in. WB in Midland, TX**<br><br><br><br>Source: https://www.nissanofmidland.com/auto/used-2024-ram-2500-tradesman-4x4-crew-cab-8-ft-box-169-in-wb-midland-tx/116033597/ last accessed on February 5, 2026 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **ENSURING SAFETY WITH ADVANCED FEATURES IN RAM 2500**<br>**SAFETY ASSURANCE IN THE RAM 2500**<br><br>In the dynamic cityscape of Lincoln and Omaha, the 2024 RAM 2500 stands as a beacon of safety. The truck exemplifies RAM's commitment to safety, boasting an array of advanced features that have earned it stellar safety ratings. Key features include:<br><br>• Adaptive Forward Lighting System<br>• Forward Collision Warning with Active Braking<br>• LaneSense® Lane Departure Warning<br>• Adaptive Cruise Control with Stop<br>• ParkSense® Front and Rear Park Assist<br><br>Source: https://www.woodhousechryslerjeepdodge.com/cdjr-research/ram-1500-advanced-safety-features/    last accessed on February 5, 2026<br><br>Used 2024 Ram 2500 Big Horn 4x4 Crew Cab 6.3 ft. box 149 in. WB in Midland, TX |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2024-ram-2500-big-horn-4x4-crew-cab-63-ft-box-149-in-wb-midland-tx/114349754/ last accessed on February 5, 2026<br><br>**Used 2024 Ram 3500 Big Horn 4x4 Crew Cab 8 ft. box 169.5 in. WB near Midland, TX**<br><br> |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.nissanofmidland.com/auto/used-2024-ram-3500-big-horn-4x4-crew-cab-8-ft-box-1695-in-wb-near-midland-tx/115193729/  last accessed on February 5, 2026 <br><br> **Used 2023 Ram 1500 Tradesman 4x4 Crew Cab 144.5 in. WB near Midland, TX** <br><br>  <br><br> Source:https://www.nissanofmidland.com/auto/used-2023-ram-1500-tradesman-4x4-crew-cab-1445-in-wb-near-midland-tx/116001389/  last accessed on February 5, 2026 <br><br> 2023 RAM 1500 SAFETY & SECURITY <br> **CONFIDENCE-BOOSTING FEATURES** <br> Forward Collision Warning <br><br> Available Forward Collision Warning with Active Braking ⑤ helps to mitigate potential collisions and can even bring the vehicle to a full stop, if necessary. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | ## Parallel & Perpendicular Park Assist<br><br>The 2023 Ram 1500 offers available Parallel and Perpendicular Park Assist❓, designed to offer guidance when parking. In use, this system can direct you to engage the gear position, brake and accelerator while it automatically controls steering.<br><br>## Adaptive Cruise Control<br><br>Available Adaptive Cruise Control with Stop & Go❓ detects vehicles ahead and will autonomously adjust your speed to keep you at a safe distance. If increased braking is needed in slower traffic, driver intervention may be required.<br><br>Source: https://www.ram.com/mn/en/ram-1500/safety-security.html  last accessed on February 5, 2026<br><br>**Used 2023 Ram 1500 Big Horn/Lone Star 4x4 Crew Cab 144.5 in. WB near Midland, TX**<br><br><br><br>Source:   https://www.nissanofmidland.com/auto/used-2023-ram-1500-big-hornlone-star-4x4-crew-cab-1445-in-wb-near-midland-tx/113615321/ last accessed on February 5, 2026 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | 2023 RAM 1500 SAFETY & SECURITY<br><br>## CONFIDENCE-BOOSTING FEATURES<br>### Forward Collision Warning<br><br>Available Forward Collision Warning with Active Braking⊕ helps to mitigate potential collisions and can even bring the vehicle to a full stop, if necessary.<br><br>## Parallel & Perpendicular Park Assist<br><br>The 2023 Ram 1500 offers available Parallel and Perpendicular Park Assist⊕, designed to offer guidance when parking. When in use, this system can direct you to engage the gear position, brake and accelerator while it automatically controls steering.<br><br>## Adaptive Cruise Control<br><br>Available Adaptive Cruise Control with Stop & Go⊕ detects vehicles ahead and will autonomously adjust your speed to keep you at a safe distance. If increased braking is needed in slower traffic, driver intervention may be required.<br><br>Source: https://www.ram.com/mn/en/ram-1500/safety-security.html  last accessed on February 5, 2026<br><br>Used 2023 Ram 1500 Laramie 4x4 Crew Cab 144.5 in. WB near Midland, TX |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanofmidland.com/auto/used-2023-ram-1500-laramie-4x4-crew-cab-1445-in-wb-near-midland-tx/113773556/ last accessed on February 5, 2026<br><br>**2023 RAM 1500 SAFETY & SECURITY**<br><br>## CONFIDENCE-BOOSTING FEATURES<br><br>### Forward Collision Warning<br><br>Available Forward Collision Warning with Active Braking⊚ helps to mitigate potential collisions and can even bring the vehicle to a full stop, if necessary.<br><br>## Parallel & Perpendicular Park Assist<br><br>The 2023 Ram 1500 offers available Parallel and Perpendicular Park Assist⊙, designed to offer guidance when parking. When in use, this system can direct you to engage the gear position, brake and accelerator while it automatically controls steering. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive Cruise Control**<br><br>Available Adaptive Cruise Control with Stop & Go⑦ detects vehicles ahead and will autonomously adjust your speed to keep you at a safe distance. If increased braking is needed in slower traffic, driver intervention may be required.<br><br>Source: https://www.ram.com/mn/en/ram-1500/safety-security.html  last accessed on February 5, 2026<br><br>**Used 2023 Ram 1500 Classic Tradesman 4x2 Quad Cab 6.3 ft. box 140 in. WB near Midland, TX**<br><br><br><br>Source:    https://www.nissanofmidland.com/auto/used-2023-ram-1500-classic-tradesman-4x2-quad-cab-63-ft-box-140-in-wb-near-midland-tx/114427502/   last accessed on February 5, 2026<br><br>2023 RAM 1500 CLASSIC SAFETY & SECURITY<br>**CONFIDENCE BEHIND THE WHEEL** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **PARKING ASSISTANCE**<br><br>Park correctly—on your first try—every time with the ParkView® Rear Back Up Camera⊙ and available <u>ParkSense® Rear Park Assist System</u>⊙. These intuitive features help enhance your awareness in tight spaces and offer assistance when backing up.<br><br>Source: <u>https://www.ram.com/py/2023/ram-1500classic/safety-security.html</u> last accessed on February 5, 2026<br><br>**Used 2023 Ram 1500 Classic SLT 4x2 Quad Cab 6.3 ft. box 140 in. WB near Midland, TX**<br><br><br><br>Source:<u>https://www.nissanofmidland.com/auto/used-2023-ram-1500-classic-slt-4x2-quad-cab-63-ft-box-140-in-wb-near-midland-tx/114630986/</u>  last accessed on February 5, 2026<br><br>**2023 RAM 1500 CLASSIC SAFETY & SECURITY**<br>**CONFIDENCE BEHIND THE WHEEL** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **PARKING ASSISTANCE**<br><br>Park correctly—on your first try—every time with the ParkView® Rear Back Up Camera⊙ and available ParkSense® Rear Park Assist System⊙. These intuitive features help enhance your awareness in tight spaces and offer assistance when backing up.<br><br>Source: https://www.ram.com/py/2023/ram-1500classic/safety-security.html last accessed on February 5, 2026<br><br>Used 2023 Ram 2500 Power Wagon 4x4 Crew Cab 6.3 ft. box 149 in. WB near Midland, TX<br><br><br><br>Source:    https://www.nissanofmidland.com/auto/used-2023-ram-2500-power-wagon-4x4-crew-cab-63-ft-box-149-in-wb-near-midland-tx/114631013/ last accessed on February 5, 2026<br><br>2023 RAM 2500 SAFETY & SECURITY<br>**TRAVEL WITH**<br>**CONFIDENCE** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **FORWARD COLLISION WARNING WITH ACTIVE BRAKING**<br><br>The 2023 Ram 2500 boasts serious stopping power. Available Forward Collision Warning with Active Braking helps warn the driver when an accident is imminent. This feature can even apply the brakes, bringing the vehicle to a complete stop—even with a trailer attached.<br><br>**LANESENSE® LANE DEPARTURE WARNING**<br><br>Help avoid unintentional lane drifts with available LaneSense® Lane Departure Warning with Lane Keep Assist. When lane drifts occur, this system displays a visual alert to the driver and helps guide the vehicle back into position.<br><br>**Adaptive Cruise Control with Stop**<br><br>Adaptive Cruise Control with Stop is an available safety and security system that can maintain a set distance, selected by the driver, from vehicles in the lane ahead. If slower traffic is detected, the truck can automatically adjust its speed all the way down to 0 mph, even with a trailer attached.<br><br>**ParkSense® Front and Rear Park Assist**<br><br>Take the guesswork out of parking and maneuvering in tight spaces. Available ParkSense® Front and Rear Park Assist integrates sensors within the front bumper and rear lower valance and displays a graphic in the instrument cluster to help notify the driver of nearby objects.<br><br>Source: https://www.ram.com/eu-shared/2023/ram-2500/safety-security.html   last accessed on February 5, 2026<br><br>**Used 2022 Ram 1500 Laramie 4x2 Crew Cab 144.5 in. WB near Midland, TX** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source  https://www.nissanofmidland.com/auto/used-2022-ram-1500-laramie-4x2-crew-cab-1445-in-wb-near-midland-tx/113625374/ / last accessed on February 5, 2026<br><br>OUR TECHNOLOGY<br>HELPS YOU MOVE WITH CONFIDENCE<br><br>With systems that can automatically help adjust braking, provide guidance when parallel and perpendicular parking or alert the driver of lane drift, Ram 1500 offers a host of standard and available Safety and Security technology features. The available smart Blind Spot Monitoring (BSM)³ with Rear Cross-Path and Trailer Detection⁴ even scans the blind-spot zones beside and behind the vehicle to help provide safe trailer maneuvering while automatically sensing and accounting for the length of the trailer. When equipped, the available Automatic Emergency Pedestrian Braking⁶ uses radar technology to help determine if a collision between the vehicle and a pedestrian appears imminent. If so, available Full-Speed Forward Collision Warning Plus⁶ activates the vehicle's brakes.<br><br>Source https://cdn.dealereprocess.org/cdn/brochures/ram/2022-1500.pdf last accessed on February 5, 2026<br><br>Used 2022 Ram 1500 Big Horn/Lone Star<br>4x4 Crew Cab 144.5 in. WB near Midland, TX |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source:https://www.nissanofmidland.com/auto/used-2022-ram-1500-big-hornlone-star-4x4-crew-cab-1445-in-wb-near-midland-tx/112232678/  last accessed on February 5, 2026<br><br>OUR TECHNOLOGY<br>HELPS YOU MOVE WITH CONFIDENCE<br><br>With systems that can automatically help adjust braking, provide guidance when parallel and perpendicular parking or alert the driver of lane drift, Ram 1500 offers a host of standard and available Safety and Security technology features. The available smart Blind Spot Monitoring (BSM)³ with Rear Cross-Path and Trailer Detection⁶ even scans the blind-spot zones beside and behind the vehicle to help provide safe trailer maneuvering while automatically sensing and accounting for the length of the trailer. When equipped, the available Automatic Emergency Pedestrian Braking⁶ uses radar technology to help determine if a collision between the vehicle and a pedestrian appears imminent. If so, available Full-Speed Forward Collision Warning Plus⁶ activates the vehicle's brakes.<br><br>Source https://cdn.dealereprocess.org/cdn/brochures/ram/2022-1500.pdf last accessed on February 5, 2026<br><br>**Used 2022 Ram 1500 Limited 4x4 Crew Cab 144.5 in. WB near Midland, TX** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source  https://www.nissanofmidland.com/auto/used-2022-ram-1500-limited-4x4-crew-cab-1445-in-wb-near-midland-tx/115658750/  last accessed on February 5, 2026<br><br>*OUR TECHNOLOGY*<br>*HELPS YOU MOVE WITH CONFIDENCE*<br><br>With systems that can automatically help adjust braking, provide guidance when parallel and perpendicular parking or alert the driver of lane drift, Ram 1500 offers a host of standard and available Safety and Security technology features. The available smart Blind Spot Monitoring (BSM)⁹ with Rear Cross-Path and Trailer Detection⁶ even scans the blind-spot zones beside and behind the vehicle to help provide safe trailer maneuvering while automatically sensing and accounting for the length of the trailer. When equipped, the available Automatic Emergency Pedestrian Braking⁶ uses radar technology to help determine if a collision between the vehicle and a pedestrian appears imminent. If so, available Full-Speed Forward Collision Warning Plus⁶ activates the vehicle's brakes.<br><br>Source https://cdn.dealereprocess.org/cdn/brochures/ram/2022-1500.pdf last accessed on February 5, 2026<br><br> |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br>Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  |

### ACTIVE DRIVING ASSIST

If the road you're on doesn't support Hands-Free Active Driving Assist❶, available Active Driving Assist❷ will kick in when driving the 2025 Ram 1500. This system constantly monitors your vehicle's position in the lane and makes subtle but constant steering adjustments that help prevent your vehicle from drifting to either side. Be sure to always keep your hands on the wheel and eyes on the road.

Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025

### HOW DO ACTIVE DRIVING ASSIST SYSTEMS❷ WORK?    ⌃

While working in tandem with Adaptive Cruise Control❺ to help keep you at your set speed, radar sensors and forward-facing cameras help available Active Driving Assist❺ maintain a set distance from other vehicles directly ahead as it keeps your vehicle centered in its lane. When it comes to the Assisted Lane Change feature with the available Hands-Free Active Driving Assist System❶, Blind Spot Monitoring❻ sensors help check for vehicles in adjacent lanes.

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **WHAT IS ADAPTIVE CRUISE CONTROL?** ⌃<br><br>Adaptive Cruise Control❺ adds to the convenience of Speed Control while traveling on highways and major roadways.<br><br>Adaptive Cruise Control will allow you to keep Speed Control engaged in light to moderate traffic conditions without the constant need to reset your Speed Control. It utilizes a radar sensor and a forward-facing camera to detect a vehicle directly ahead of you while maintaining a set distance.<br><br>Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025

**The Future Of Driving: Cutting-Edge Tech In The 2025 RAM 1500**

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive cruise control and lane-keeping assist**<br><br>Adaptive cruise control with stop-and-go capability makes long drives in the 2025 RAM 1500 easier. This system adjusts your speed to keep a safe distance from the car ahead. It can even stop and start again in traffic without your help.<br><br>Lane Keep Assist helps steer you back into your lane if you drift without signaling. These features work together to keep you safe on the road.<br><br>Driving gets less stressful with these advanced systems. They watch the road for you, making sure you stay within your lane and at a good distance from other vehicles. This means more comfort for drivers, especially on long trips or busy highways.<br><br>Source: https://blog.dunnramtrucks.ca/post/the-future-of-driving-cutting-edge-tech-in-the-2025-ram-1500, last accessed on September 09, 2025<br><br>## 2025 RAM 1500's Advanced Safety Features Protect What Matters Most<br><br>### Adaptive Cruise Control with Stop-Go Technology<br><br>Take the stress out of highway driving with Adaptive Cruise Control. This intelligent system automatically adjusts your speed to maintain a safe distance from the vehicle ahead, even in stop-and-go traffic. Experience a smoother, more relaxed ride while keeping your focus on the road.<br><br>### Collision Mitigation and Lane Departure Warning-Plus<br><br>The 2025 RAM 1500's Collision Mitigation system uses advanced sensors to monitor the road ahead and can automatically apply the brakes if a potential collision is detected. Lane Departure Warning-Plus helps keep you centered in your lane by providing gentle steering assistance if you start to drift.<br><br>Source: https://www.xitchryslerdodgejeep.com/blog/2025/february/5/2025-ram-1500s-advanced-safety-features-protect-what-matters-most.htm, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>**NAVIGATE TIGHT SPACES**<br><br>The Ram 1500 offers available Parallel and Perpendicular Park Assist⊙ designed to provide guidance when parking. When in use, this system directs you to engage the gear position, brake and accelerator while it automatically controls steering.<br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **INTERSECTION COLLISION ASSIST SYSTEM**⊚  This available feature provides an audible warning to the driver when danger is detected and mitigates the risk of a collision through auto emergency braking, when appropriate.  Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025  Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.  This element is infringed literally, or in the alternative, under the doctrine of equivalents.  For example, 2025 RAM 1500 Big Horn comprises software modules ("plurality of classifiers") as a part of the operating system executing in 2025 RAM 1500 Big Horn Limited that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| based on signals from one or more sensors assigned to the same sensor group as the classifier; | but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.<br><br>Further, the software module for each group monitors the environment to capture and process images and control the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to a RAM 1500 Big Horn and is applicable to the 2025 RAM 1500 Big Horn. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **ACTIVE DRIVING ASSIST**<br><br>If the road you're on doesn't support Hands-Free Active Driving Assist❶, available Active Driving Assist❷ will kick in when driving the 2025 Ram 1500. This system constantly monitors your vehicle's position in the lane and makes subtle but constant steering adjustments that help prevent your vehicle from drifting to either side. Be sure to always keep your hands on the wheel and eyes on the road.<br><br><br><br>Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025<br><br>**HOW DO ACTIVE DRIVING ASSIST SYSTEMS❷ WORK?** ⌃<br><br>While working in tandem with Adaptive Cruise Control❺ to help keep you at your set speed, radar sensors and forward-facing cameras help available Active Driving Assist❺ maintain a set distance from other vehicles directly ahead as it keeps your vehicle centered in its lane. When it comes to the Assisted Lane Change feature with the available Hands-Free Active Driving Assist System❶, Blind Spot Monitoring❻ sensors help check for vehicles in adjacent lanes. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **WHAT IS ADAPTIVE CRUISE CONTROL?**  ⌃<br><br>Adaptive Cruise Control **5** adds to the convenience of Speed Control while traveling on highways and major roadways.<br><br>Adaptive Cruise Control will allow you to keep Speed Control engaged in light to moderate traffic conditions without the constant need to reset your Speed Control. It utilizes a radar sensor and a forward-facing camera to detect a vehicle directly ahead of you while maintaining a set distance.<br><br>Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025<br><br>**The Future Of Driving: Cutting-Edge Tech In The 2025 RAM 1500** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive cruise control and lane-keeping assist**<br><br>Adaptive cruise control with stop-and-go capability makes long drives in the 2025 RAM 1500 easier. This system adjusts your speed to keep a safe distance from the car ahead. It can even stop and start again in traffic without your help.<br><br>Lane Keep Assist helps steer you back into your lane if you drift without signaling. These features work together to keep you safe on the road.<br><br>Driving gets less stressful with these advanced systems. They watch the road for you, making sure you stay within your lane and at a good distance from other vehicles. This means more comfort for drivers, especially on long trips or busy highways.<br><br>Source: https://blog.dunnramtrucks.ca/post/the-future-of-driving-cutting-edge-tech-in-the-2025-ram-1500, last accessed on September 09, 2025<br><br>## 2025 RAM 1500's Advanced Safety Features Protect What Matters Most<br><br>### Adaptive Cruise Control with Stop-Go Technology<br><br>Take the stress out of highway driving with Adaptive Cruise Control. This intelligent system automatically adjusts your speed to maintain a safe distance from the vehicle ahead, even in stop-and-go traffic. Experience a smoother, more relaxed ride while keeping your focus on the road.<br><br>### Collision Mitigation and Lane Departure Warning-Plus<br><br>The 2025 RAM 1500's Collision Mitigation system uses advanced sensors to monitor the road ahead and can automatically apply the brakes if a potential collision is detected. Lane Departure Warning-Plus helps keep you centered in your lane by providing gentle steering assistance if you start to drift.<br><br>Source: https://www.xitchryslerdodgejeep.com/blog/2025/february/5/2025-ram-1500s-advanced-safety-features-protect-what-matters-most.htm, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
|  |  **Enhanced Stopping Power** Available Forward Collision Warning with Active Braking⊚ (FCW) helps to mitigate potential collisions while giving drivers more time to react—even bringing the vehicle to a full stop, if necessary. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br>**NAVIGATE TIGHT SPACES**<br>The Ram 1500 offers available Parallel and Perpendicular Park Assist⊙ designed to provide guidance when parking. When in use, this system directs you to engage the gear position, brake and accelerator while it automatically controls steering.<br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  **INTERSECTION COLLISION ASSIST SYSTEM.** This available feature provides an audible warning to the driver when danger is detected and mitigates the risk of a collision through auto emergency braking, when appropriate.<br><br>Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] wherein the mobile device is configured to:<br><br>activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 RAM 1500 Big Horn comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a 2025 RAM 1500 Big Horn.  |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>## HANDS-FREE ACTIVE DRIVING ASSIST<br><br>Make longer hauls more enjoyable with available Hands-Free Active Driving Assist (ADA). This innovative system helps maintain a set speed and a safe distance from vehicles ahead via sensors, cameras and radar. During long treks on approved roadways, it can help keep the truck centered within lanes. When the system is engaged, the driver can relax while keeping their eyes on the road.<br><br>**Explore Hands-Free ADA >**<br><br><br><br>Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025<br><br>## ACTIVE DRIVING ASSIST<br><br>If the road you're on doesn't support Hands-Free Active Driving Assist, available Active Driving Assist will kick in when driving the 2025 Ram 1500. This system constantly monitors your vehicle's position in the lane and makes subtle but constant steering adjustments that help prevent your vehicle from drifting to either side. Be sure to always keep your hands on the wheel and eyes on the road.<br><br> |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025 |

**HOW DO ACTIVE DRIVING ASSIST SYSTEMS ❷ WORK?** ⌃

While working in tandem with Adaptive Cruise Control❺ to help keep you at your set speed, radar sensors and forward-facing cameras help available Active Driving Assist❺ maintain a set distance from other vehicles directly ahead as it keeps your vehicle centered in its lane. When it comes to the Assisted Lane Change feature with the available Hands-Free Active Driving Assist System❶, Blind Spot Monitoring❻ sensors help check for vehicles in adjacent lanes.

**WHAT IS ADAPTIVE CRUISE CONTROL?** ⌃

Adaptive Cruise Control❺ adds to the convenience of Speed Control while traveling on highways and major roadways.

Adaptive Cruise Control will allow you to keep Speed Control engaged in light to moderate traffic conditions without the constant need to reset your Speed Control. It utilizes a radar sensor and a forward-facing camera to detect a vehicle directly ahead of you while maintaining a set distance.

Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025<br><br>**The Future Of Driving: Cutting-Edge Tech In The 2025 RAM 1500** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive cruise control and lane-keeping assist**<br>Adaptive cruise control with stop-and-go capability makes long drives in the 2025 RAM 1500 easier. This system adjusts your speed to keep a safe distance from the car ahead. It can even stop and start again in traffic without your help.<br><br>Lane Keep Assist helps steer you back into your lane if you drift without signaling. These features work together to keep you safe on the road.<br><br>Driving gets less stressful with these advanced systems. They watch the road for you, making sure you stay within your lane and at a good distance from other vehicles. This means more comfort for drivers, especially on long trips or busy highways.<br><br>Source: https://blog.dunnramtrucks.ca/post/the-future-of-driving-cutting-edge-tech-in-the-2025-ram-1500, last accessed on September 09, 2025<br><br>2025 RAM 1500's Advanced Safety Features Protect What Matters Most<br><br>**Adaptive Cruise Control with Stop-Go Technology**<br><br>Take the stress out of highway driving with Adaptive Cruise Control. This intelligent system automatically adjusts your speed to maintain a safe distance from the vehicle ahead, even in stop-and-go traffic. Experience a smoother, more relaxed ride while keeping your focus on the road.<br><br>**Collision Mitigation and Lane Departure Warning-Plus**<br><br>The 2025 RAM 1500's Collision Mitigation system uses advanced sensors to monitor the road ahead and can automatically apply the brakes if a potential collision is detected. Lane Departure Warning-Plus helps keep you centered in your lane by providing gentle steering assistance if you start to drift.<br><br>Source: https://www.xitchryslerdodgejeep.com/blog/2025/february/5/2025-ram-1500s-advanced-safety-features-protect-what-matters-most.htm, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  **Enhanced Stopping Power** Available Forward Collision Warning with Active Braking (FCW) helps to mitigate potential collisions while giving drivers more time to react—even bringing the vehicle to a full stop, if necessary. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| assigned to the first sensor group; and | result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to a RAM 1500 Big Horn and is applicable to the 2025 RAM 1500 Big Horn.  |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>**HANDS-FREE ACTIVE DRIVING ASSIST₀**<br><br>Make longer hauls more enjoyable with available Hands-Free Active Driving Assist (ADA)₀. This innovative system helps maintain a set speed and a safe distance from vehicles ahead via sensors, cameras and radar. During long treks on approved roadways, it can help keep the truck centered within lanes. When the system is engaged, the driver can relax while keeping their eyes on the road.<br><br>**Explore Hands-Free ADA >**<br><br><br><br>Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025<br><br>**ACTIVE DRIVING ASSIST**<br><br>If the road you're on doesn't support Hands-Free Active Driving Assist₀, available Active Driving Assist₀ will kick in when driving the 2025 Ram 1500. This system constantly monitors your vehicle's position in the lane and makes subtle but constant steering adjustments that help prevent your vehicle from drifting to either side. Be sure to always keep your hands on the wheel and eyes on the road.<br><br> |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025 |

**HOW DO ACTIVE DRIVING ASSIST SYSTEMS❷ WORK?**          ⌃

While working in tandem with Adaptive Cruise Control❺ to help keep you at your set speed, radar sensors and forward-facing cameras help available Active Driving Assist❺ maintain a set distance from other vehicles directly ahead as it keeps your vehicle centered in its lane. When it comes to the Assisted Lane Change feature with the available Hands-Free Active Driving Assist System❶, Blind Spot Monitoring❻ sensors help check for vehicles in adjacent lanes.

**WHAT IS ADAPTIVE CRUISE CONTROL?**          ⌃

Adaptive Cruise Control❺ adds to the convenience of Speed Control while traveling on highways and major roadways.

Adaptive Cruise Control will allow you to keep Speed Control engaged in light to moderate traffic conditions without the constant need to reset your Speed Control. It utilizes a radar sensor and a forward-facing camera to detect a vehicle directly ahead of you while maintaining a set distance.

Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025

| US10142791 | RAM Vehicles (The accused instrumentality) |
| --- | --- |
| | <br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025<br><br>**The Future Of Driving: Cutting-Edge Tech In The 2025 RAM 1500** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive cruise control and lane-keeping assist**<br><br>Adaptive cruise control with stop-and-go capability makes long drives in the 2025 RAM 1500 easier. This system adjusts your speed to keep a safe distance from the car ahead. It can even stop and start again in traffic without your help.<br><br>Lane Keep Assist helps steer you back into your lane if you drift without signaling. These features work together to keep you safe on the road.<br><br>Driving gets less stressful with these advanced systems. They watch the road for you, making sure you stay within your lane and at a good distance from other vehicles. This means more comfort for drivers, especially on long trips or busy highways.<br><br>Source: https://blog.dunnramtrucks.ca/post/the-future-of-driving-cutting-edge-tech-in-the-2025-ram-1500, last accessed on September 09, 2025<br><br>## 2025 RAM 1500's Advanced Safety Features Protect What Matters Most<br><br>### Adaptive Cruise Control with Stop-Go Technology<br><br>Take the stress out of highway driving with Adaptive Cruise Control. This intelligent system automatically adjusts your speed to maintain a safe distance from the vehicle ahead, even in stop-and-go traffic. Experience a smoother, more relaxed ride while keeping your focus on the road.<br><br>### Collision Mitigation and Lane Departure Warning-Plus<br><br>The 2025 RAM 1500's Collision Mitigation system uses advanced sensors to monitor the road ahead and can automatically apply the brakes if a potential collision is detected. Lane Departure Warning-Plus helps keep you centered in your lane by providing gentle steering assistance if you start to drift.<br><br>Source: https://www.xitchryslerdodgejeep.com/blog/2025/february/5/2025-ram-1500s-advanced-safety-features-protect-what-matters-most.htm, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>**Enhanced Stopping Power**<br><br>Available Forward Collision Warning with Active Braking⊙ (FCW) helps to mitigate potential collisions while giving drivers more time to react—even bringing the vehicle to a full stop, if necessary. |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  **NAVIGATE TIGHT SPACES**<br><br>The Ram 1500 offers available Parallel and Perpendicular Park Assist, designed to provide guidance when parking. When in use, this system directs you to engage the gear position, brake and accelerator while it automatically controls steering.<br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| second sensor group. | surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Active Driving Assist, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of dynamic radar cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2025 RAM 1500 Big Horn.  The below information primarily refers to a 2025 RAM 1500 Big Horn.<br><br> |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>## HANDS-FREE ACTIVE DRIVING ASSIST.<br><br>Make longer hauls more enjoyable with available Hands-Free Active Driving Assist (ADA). This innovative system helps maintain a set speed and a safe distance from vehicles ahead via sensors, cameras and radar. During long treks on approved roadways, it can help keep the truck centered within lanes. When the system is engaged, the driver can relax while keeping their eyes on the road.<br><br>**Explore Hands-Free ADA ›**<br><br><br><br>Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025<br><br>## ACTIVE DRIVING ASSIST<br><br>If the road you're on doesn't support Hands-Free Active Driving Assist, available Active Driving Assist will kick in when driving the 2025 Ram 1500. This system constantly monitors your vehicle's position in the lane and makes subtle but constant steering adjustments that help prevent your vehicle from drifting to either side. Be sure to always keep your hands on the wheel and eyes on the road.<br><br> |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025 |

**HOW DO ACTIVE DRIVING ASSIST SYSTEMS❷ WORK?** ⌃

While working in tandem with Adaptive Cruise Control❺ to help keep you at your set speed, radar sensors and forward-facing cameras help available Active Driving Assist❺ maintain a set distance from other vehicles directly ahead as it keeps your vehicle centered in its lane. When it comes to the Assisted Lane Change feature with the available Hands-Free Active Driving Assist System❶, Blind Spot Monitoring❻ sensors help check for vehicles in adjacent lanes.

**WHAT IS ADAPTIVE CRUISE CONTROL?** ⌃

Adaptive Cruise Control❺ adds to the convenience of Speed Control while traveling on highways and major roadways.

Adaptive Cruise Control will allow you to keep Speed Control engaged in light to moderate traffic conditions without the constant need to reset your Speed Control. It utilizes a radar sensor and a forward-facing camera to detect a vehicle directly ahead of you while maintaining a set distance.

Source: https://www.ramtrucks.com/active-driving-assist.html, last accessed on September 09, 2025

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025<br><br>**The Future Of Driving: Cutting-Edge Tech In The 2025 RAM 1500** |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | **Adaptive cruise control and lane-keeping assist**<br><br>Adaptive cruise control with stop-and-go capability makes long drives in the 2025 RAM 1500 easier. This system adjusts your speed to keep a safe distance from the car ahead. It can even stop and start again in traffic without your help.<br><br>Lane Keep Assist helps steer you back into your lane if you drift without signaling. These features work together to keep you safe on the road.<br><br>Driving gets less stressful with these advanced systems. They watch the road for you, making sure you stay within your lane and at a good distance from other vehicles. This means more comfort for drivers, especially on long trips or busy highways.<br><br>Source: https://blog.dunnramtrucks.ca/post/the-future-of-driving-cutting-edge-tech-in-the-2025-ram-1500, last accessed on September 09, 2025<br><br>## 2025 RAM 1500's Advanced Safety Features Protect What Matters Most<br><br>**Adaptive Cruise Control with Stop-Go Technology**<br><br>Take the stress out of highway driving with Adaptive Cruise Control. This intelligent system automatically adjusts your speed to maintain a safe distance from the vehicle ahead, even in stop-and-go traffic. Experience a smoother, more relaxed ride while keeping your focus on the road.<br><br>**Collision Mitigation and Lane Departure Warning-Plus**<br><br>The 2025 RAM 1500's Collision Mitigation system uses advanced sensors to monitor the road ahead and can automatically apply the brakes if a potential collision is detected. Lane Departure Warning-Plus helps keep you centered in your lane by providing gentle steering assistance if you start to drift.<br><br>Source: https://www.xitchryslerdodgejeep.com/blog/2025/february/5/2025-ram-1500s-advanced-safety-features-protect-what-matters-most.htm, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| | <br>**NAVIGATE TIGHT SPACES**<br>The Ram 1500 offers available Parallel and Perpendicular Park Assist⊙ designed to provide guidance when parking. When in use, this system directs you to engage the gear position, brake and accelerator while it automatically controls steering.<br><br>Source: https://www.ram.com/iq/en/ram-1500/safety-security.html, last accessed on September 09, 2025 |

| US10142791 | RAM Vehicles (The accused instrumentality) |
|---|---|
| |   Source: https://www.ramtrucks.com/ram-1500/features.html, last accessed on September 09, 2025<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |